# Defendants' Exhibit No. 1

**METROPOLITAN POLICE DEPARTMENT**
Corporate Support Bureau
Records Division-Gun Control Section

## MEMORANDUM

**TO:** William Sarvis, Jr.
Executive Director
Corporate Support Bureau

**THRU:** Bernie Greene
Director
Records Division

**FROM:** Colin Hall
Lieutenant
Gun Control Section

**DATE:** October 22, 2018

**SUBJECT:** Recommendation for Revocation of Concealed Carry Pistol License for Mr. Daquan Lewis Case #2018-650

### Overview

Mr. Daquan Lewis was issued a concealed carry pistol license on July 19, 2018. On October 11, 2018, the members of the Fifth District, Crime Suppression Team (CST) contacted Mr. Lewis at 900 21st Street NE, along with several other subjects who were congregating in a group in a high crime area, known for drug dealing. The CST Officers asked the subjects if anyone had a firearm on them at which time Mr. Lewis identified himself and advised that he had a pistol on his person. He also advised that he is a concealed carry pistol licensee, and his pistol is registered (Glock 17 9mm semi-automatic handgun).

The officers then asked Mr. Lewis where the pistol was on his body, and he pointed to his groin area. CST Officer Amengual asked if he could retrieve the pistol for inspection and verification purposes. Mr. Lewis indicated that the pistol needed to be pushed up out of his shorts so the officer could retrieve it. When the pistol was pushed up by Mr. Lewis the CST officers were able to observe that it was not held in a holster, rather it was being held in several pairs of compression shorts Mr. Lewis was wearing. Officers were able to observe that there was no holster or safety mechanism to keep the pistol in place, and no guard device protecting the trigger to prevent an accidental discharge. The CST Officers took a report to document the incident CCN #18-171-970 (Attached).

In preparing this revocation memorandum the Body Worn Camera (BWC) video for the officers involved in this event was viewed by the writer. The video showed that Mr. Lewis did not have holster for his pistol, and it had a full loaded magazine. It also showed that during the incident Mr. Lewis refused to allow the officers to retrieve the firearm because it was shoved down in his shorts, and he did not want the officers placing their hands in his shorts. The video showed that the officers allowed Mr. Lewis to push the firearm up out of his shorts so the handle of the firearm could be used to retrieve it. At the conclusion of the incident the pistol is given back to Mr. Lewis and he placed it back in his shorts, while an officer on the scene advised him he should get a holster for the pistol.

### Licensee Biographical Information

| | |
|---|---|
| Name: | Daquan Lewis |
| DOB: | ███████████  22 years of age |
| Address: | 1803 M Street NE<br>Washington, DC   20002 |
| License Issue Date: | July 19, 2018 |
| Registered Firearms: | 1 firearm registered |
| Charges: | Criminal charges pending-Affidavit for "Carrying a pistol in a Prohibited Manner" under review by the OAG. |

### Justification for Revocation

DC Municipal Regulation 2341.5 States, *"The Chief may revoke a concealed carry license on a finding that the licensee: (1) No longer satisfies one or more of the concealed carry license qualifications set forth in the Act or any regulation authorized by the Act; or (2) Failed to comply with one or more requirements or duties imposed upon the licensee by the Act or any regulation authorized by the Act.*

*DCMR 2344.2 (Pistol Carry Methods) states, "A licensee shall carry any pistol in a holster on their person in a firmly secure manner that is reasonably designed to prevent loss, theft, or accidental discharge of the pistol.*

### Summary/Recommendation

Mr. Daquan Lewis has violated the District of Columbia Municipal Regulations regarding the carrying of a concealed pistol. He failed to comply with the requirement under 2344.2 that a pistol be carried in a holster in a secure manner. Under the requirements of this regulation a pistol should be carried in a holster and in a manner to prevent loss, theft, or accidental discharge. Mr. Lewis was found to be carrying his registered pistol in a pair of shorts, with no holster and no trigger guard. Under these circumstances the pistol could have easily fallen out of his shorts and since there was no device to guard the trigger there could have been a tragic incident involving an accidental discharge of the firearm.

Based on Mr. Lewis's actions it is clear that he violated the requirement to carry his pistol in a holster and it is the recommendation of the writer that Mr. Lewis's concealed carry license be **revoked** based on violating **DCMR 2344.2 Pistol Carry Methods-No Holster.**

## Attachments:

1. Police Report CCN# 18-171-970

CCN #18171970 – Event # 18171970 Internal Packet   **UNAPPROVED**   Metropolitan Police Department

## CCN #18171970 – INCIDENT REPORT

| REPORT DATE / TIME | DISTRICT / PSA | EVENT START DATE / TIME - EVENT END DATE / TIME | INCIDENT STATISTICS |
|---|---|---|---|
| Oct 11, 2018 13:54 | Fifth District / 507 | Oct 10, 2018 17:49 - Oct 10, 2018 20:50 | |
| RESPONDING OFFICER | | WEATHER | |
| Roberto Amengual (#10456) – MPD | | Clear | |

ASSISTING OFFICER (ASSIST TYPE)
Megan Mulrooney (#10120) (Body Worn Camera), Joseph Blasting (#10539) (Body Worn Camera)

| TELETYPE DATE / TIME | TELETYPE # | WHO NOTIFIED TELETYPE | SHOTS FIRED | SHOTS EFFECT |
|---|---|---|---|---|
| | | | ☐ YES ■ NO | ☐ YES ■ NO |

## REPORTING PERSON

| NAME (LAST, FIRST MIDDLE) | | DOB / ESTIMATED AGE RANGE | |
|---|---|---|---|
| R-1 Amengual, Officer | | 1 - 100 yrs old | |
| SEX | RACE / ETHNICITY | PHONE | EMAIL |
| Unknown | Unknown / Unknown | (202)▉▉▉ (Home Phone) | |

HOME ADDRESS

## INCIDENT INFO

INCIDENT TYPE
Miscellaneous Report

INCIDENT LOCATION
900 21ST STREET NE, WASHINGTON, DC 20002   **Type:** Residence/ Home   **Public/Private:** Public   **PSA:** 507   **District:** Fifth District

| LOCATION TYPE | POSITION (BEHIND, FRONT, INSIDE, SIDE) |
|---|---|
| Residence/ Home | |

LOCATION DESCRIPTION

## SUBJECTS

| SUBJECT-1 NAME (LAST, FIRST MIDDLE) | | DOB / ESTIMATED AGE RANGE | |
|---|---|---|---|
| SUB-1 Lewis, Daquan Tramaine | | ▉▉▉ | |
| SEX | RACE / ETHNICITY | PHONE | EMAIL |
| Male | Black | | |

HOME ADDRESS
1803 M STREET NE, WASHINGTON, DC 20002   **Type:** Residence/ Home   **Public/Private:** Private   **PSA:** 507   **District:** Fifth District

## WITNESSES

## PROPERTY & ITEMS

| STATUS / REASON FOR CUSTODY | DESCRIPTION | QTY | DECLARED / FORFEITURE VALUE |
|---|---|---|---|
| None | Glock 17 Glock, Inc. | 1 | |

- Carry Pistol Methods 2344
- 2344.2 - holster
- Revoked.2341.1(a) (10/22/18)

## CCN #18171970 – PUBLIC NARRATIVE

On October 10th, 2018 officers made contact with a group of individuals that were gathered in front of 900 21st Street NE. It is important to note that the area has been hit with a rash of gun violence in the past month.

Sub-1 was found in possession of a Firearm that was registered with the Metropolitan Police Department, and had a permit to carry said firearm in a concealed manner. However the firearm was not in a holster as required per DC Municipal Regulations.

## CCN #18171970 – INTERNAL NARRATIVE

When officers made contact all the individuals that were congregating in front of the building, stood up and began to walk away.

Officers asked all the individuals if they had any firearms on their persons when Sub-1 approached Officer Blasting and presented him an ID card that was inside of an ID holder. After closer inspection of the ID card Officer Blasting was able to determine that Sub-1 was advising Officer Blasting that he had a concealed carry permit issued by the Metropolitan Police Department. Officer Amengual then asked Sub-1 if he was currently carrying a firearm in a concealed manner to which Sub-1 acknowledged that he was.

Officer Amengual then asked Sub-1 to walk with him towards the marked patrol unit, to which Sub-1 complied with. Officer Amengual then inquired as to the whereabouts of the firearm to which Sub-1 pointed and stated that it was in his groin area.

Officer Amengual then asked if he could retrieve the firearm to verify that it was in fact the firearm that was registered with the Metropolitan Police Department. Sub-1 then stated that he did not feel confortable with officers reaching for the firearm.

Sub-1 explained that he would push the firearm up, then officers would be able to retrieve it. Once the firearm was pushed up, officers were able to see that the firearm was not placed in a holster (no holster was found.) The firearm was retrieved from inside several compression shorts that Sub-1 was wearing by Officer Blasting, the magazine was removed from the firearm by Officer Blasting.

A close inspection of the magazine revealed that it was a 10 round capacity magazine.

A WALES/NCIC check of the firearm was performed and revealed that the firearm was in-fact the firearm that was registered with the Metropolitan Police Department.

The firearm was returned to Sub-1.

Sub-1 was advised by Officer Blasting that he should carry the firearm in a holster when being carried in a concealed manner.

DC Firearms Registration was contacted with regards to Sub-1 not carrying the firearm in the manner that is required under DC Municipal regulations 24-2344 (Pistol Carry Methods.)

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Roberto Amengual (#10456)   10/11/2018 (e-signature) | |
| PRINT NAME | PRINT NAME |
| Roberto Amengual (#10456) | |

## APPROVAL HISTORY

Report Submitted by Roberto Amengual (#10456)
Oct 11, 2018 15:18

## CCN #18171970 Report Attachments

CCN #18171970 — Event # 18171970 Internal Packet  **UNAPPROVED**          Metropolitan Police Department

## Officer Amengual



**Officer Amengual**
TRUE NAME

DATE OF BIRTH / AGE RANGE         PDID # / FBI #           CAUTIONS
1 - 100 yrs old

### PROFILE INFO

| | | | |
|---|---|---|---|
| BIRTH INFO | | EMAIL | |
| SEX | Unknown | PHONES | (202) ▮▮▮▮ (Home Phone) |
| RACE / ETHNICITY | Unknown / Unknown | ADDRESS (HOME) | |
| MAIDEN NAME | | ADDRESS (WORK) | FIFTH DISTRICT POLICE STATION, 1805 BLADENSBURG ROAD NE, WASHINGTON, DC 20002 PSA: 503 District: Fifth District Public Government/ Public Building School Zone |
| NEEDS INTERPRETER | | | |
| LANGUAGES SPOKEN | | | |
| MARITAL STATUS | | | |
| SSN # | | | |
| DRIVER'S LICENSE | | EMERGENCY CONTACT | |
| HEIGHT | | RESIDENT OF JURIS | |
| WEIGHT | | MILITARY SERVICES | |
| SKIN TONE | | EMPLOYMENT | |
| EYES | | CLOTHING | |
| HAIR | | | |
| FACIAL HAIR | | | |
| VISION | | | |
| BUILD | | | |
| PHYSICAL CHAR. | | | |
| IDENTIFYING MARKS | | | |
| BEHAVIORAL CHAR. | | | |
| MOOD | | | |
| MODUS OPERANDI | | | |
| SKILLS | | | |
| PROBATION TYPE | | | |
| MISC. DESCRIPTION | | | |

CCN #18171970  –  Event # 18171970 Internal Packet   **UNAPPROVED**                    Metropolitan Police Department

## Glock, Inc. Pistol, Semi-automatic

| | | |
|---|---|---|
| **FIREARM TYPE**<br>Pistol, Semi-automatic<br>MAKE<br>Glock, Inc.<br>DESCRIPTION<br>Glock 17 | OWNER<br>Daquan Tramaine Lewis<br>SERIAL #<br>BFKG065 | DECLARED VALUE   FORFEITURE VALUE<br><br>FIREARMS ID # |

## ITEM / PROPERTY INFO

| | | | |
|---|---|---|---|
| FINISH | | PROPERTY STATUS | OTHER None (10/10/2018) |
| STOCK | | REASON FOR CUSTODY | |
| GRIP | Black Polymer | NCIC SEARCH # | |
| CALIBER / GAUGE | 9mm | NCIC # | |
| BARREL LENGTH | | DATE RECOVERED | |
| # OF SHOTS | 10 | RECOVERING OFC | |
| ALTERATION INDICATED | No | RECOVERING PERSON | |
| QUANTITY | 1 | RECOVERED ADDRESS | |
| BIOHAZARD | | OWNER | Daquan Tramaine Lewis |
| | | OWNER NOTIFIED | |
| | | DATE / TIME NOTIFIED | |
| | | NOTIFIER NAME | |
| | | STORAGE FACILITY | |
| | | LOCATION | |
| | | INTAKE PERSON | |
| | | LOG BOOK # / PG | / |
| | | LOGBOOK LOCATION | |
| | | CLAIMANT | |
| | | DATE CLAIMED | |
| | | STATEMENT OF FACTS | |

Printed by Megan Mulrooney (#10120) – Cobalt Data Form v1.0 Generated at 10/11/2018 17:51                    Pg. 6 of 7

## CCN #18171970 – Report History

AUTHORS
Roberto Amengual (#10456)



**Roberto Amengual (#10456)** submitted the report for approval
Oct 11, 2018 15:18

CCN #18171970  –  Event # 18171970 Internal Packet    **UNAPPROVED**                    Metropolitan Police Department

## Daquan Tramaine Lewis



**Daquan Tramaine Lewis**
TRUE NAME
**DAQUAN TRAMAINE LEWIS**
DATE OF BIRTH / AGE RANGE      PDID # / FBI #                    CAUTIONS
                               DC727093                           Gun owner

### PROFILE INFO

| | | | |
|---|---|---|---|
| BIRTH INFO | | EMAIL | |
| SEX | Male | PHONES | |
| RACE / ETHNICITY | Black | ADDRESS (HOME) | 1803 M STREET NE, WASHINGTON, DC 20002<br>PSA: 507<br>District: Fifth District<br>Private<br>Residence/ Home |
| MAIDEN NAME | | | |
| NEEDS INTERPRETER | | | |
| LANGUAGES SPOKEN | | | |
| MARITAL STATUS | | ADDRESS (WORK) | |
| SSN # | | EMERGENCY CONTACT | |
| DRIVER'S LICENSE | | RESIDENT OF JURIS | |
| HEIGHT | 6 ft 2 in | MILITARY SERVICES | |
| WEIGHT | 180 lbs max weight: 200 lbs | EMPLOYMENT | |
| SKIN TONE | Medium | CLOTHING | |
| EYES | Brown | | |
| HAIR | | | |
| FACIAL HAIR | | | |
| VISION | | | |
| BUILD | Medium | | |
| PHYSICAL CHAR. | | | |
| IDENTIFYING MARKS | | | |
| BEHAVIORAL CHAR. | | | |
| MOOD | | | |
| MODUS OPERANDI | | | |
| SKILLS | | | |
| PROBATION TYPE | | | |
| MISC. DESCRIPTION | | | |