# Defendants' Exhibit No. 2

**METROPOLITAN POLICE DEPARTMENT**
Corporate Support Bureau
Records Division-Gun Control Section

## MEMORANDUM

**TO:**      William Sarvis, Jr.
            Executive Director
            Corporate Support Bureau

**THRU:**    Bernie Greene
            Director
            Records Division

**FROM:**    Colin Hall
            Lieutenant
            Gun Control Section

**DATE:**    December 21, 2018

**SUBJECT:** Recommendation for Revocation of Concealed Carry Pistol License
            for Mr. Daquan Lewis Case #2018-012

### Overview

Mr. Daquan Lewis was issued a concealed carry pistol license on July 19, 2018. On October 10, 2018, the members of the Fifth District, Crime Suppression Team (CST) contacted Mr. Lewis at 900 21st Street NE, along with several other subjects who were congregating in a group in a high crime area, known for drug dealing. The CST Officers asked the subjects if anyone had a firearm on them at which time Mr. Lewis identified himself and advised that he had a pistol on his person. He also advised that he is a concealed carry pistol licensee, and his pistol is registered (Glock 17 9mm semi-automatic handgun).

The officers then asked Mr. Lewis where the pistol was on his body, and he pointed to his groin area. A CST Officer asked if he could retrieve the pistol for inspection and verification purposes. Mr. Lewis indicated that the pistol needed to be pushed up out of his shorts so the officer could retrieve it and he did not want the officers to stick their hands into his pants. When the pistol was pushed up by Mr. Lewis a CST officer was able to observe that it was not held in a holster, rather it was being held in several pairs of compression shorts Mr. Lewis was wearing. Officers were able to observe that there was no holster or safety mechanism to keep the pistol in place, and no guard device protecting the trigger to prevent an accidental discharge. The CST Officers took a report to document the incident CCN #18-171-970 (Attached).

In preparing this revocation memorandum the Body Worn Camera (BWC) video for the officers involved in this event was viewed by the writer.  The video showed that Mr. Lewis did not have holster for his pistol, and it had a fully loaded magazine. It also showed that during the incident Mr. Lewis refused to allow the officers to retrieve the firearm because it was shoved down in his shorts, and he did not want the officers placing their hands in his shorts. The video showed that the officers allowed Mr. Lewis to push the firearm up out of his shorts so the handle of the firearm could be used to retrieve it. At the conclusion of the incident the pistol is given back to Mr. Lewis and he placed it back in his shorts, while an officer on the scene advised him he should get a holster for the pistol. At no time during this incident did Mr. Lewis advise the officers his firearm was being held in a holster. A report was taken to document this incident CCN 18171970.

A second incident involving Mr. Lewis occurred on October 20, 2018. During normal patrol activities several Metropolitan Police Department Officers contacted Mr. Lewis in the 900 block of 21st Street NE, as he is standing with a group of subjects. Officer Megan Mulrooney was involved in the first incident on October 10, 2018, and therefore she had knowledge that Mr. Lewis had a concealed carry pistol license and that he did not have it properly carried in a holster on that date.

Based on this information Officer Mulrooney approached Mr. Lewis and inquired whether he had his pistol on him and if it was in a holster. Mr. Lewis indicated he did have his pistol on his person, and that he did not have a holster. Mr. Lewis told Officer Mulrooney that he had a holster but it was in the house and he could go get it. Officer Mulrooney asked him where his pistol was located and he indicated that it was inside his coat in the inner pocket. His coat was then unzipped and he pointed to where the pistol was stored in the inside pocket of his coat. Officer Mulrooney advised Mr. Lewis the pistol must be carried in a holster. BWC video was reviewed showing the interactions with Mr. Lewis and Officer Mulrooney during this incident. At no time during the interaction did Mr. Lewis state his pistol was currently being held in a holster. A report was taken to document this incident CCN 18178049.

A third incident occurred on December 12, 2018. During this incident Metropolitan Police Officers responded to the 1900 block of I Street NE after hearing several gunshots in the area. Mr. Lewis was observed to be walking swiftly away from the area. Officers, including Megan Mulrooney recognized him from previous encounters and knew him to have a concealed carry pistol license. Mr. Lewis was stopped by officers and a check of his firearm was conducted, which revealed that he had fully loaded magazine and his firearm was stored on his person, in a holster clipped to his inner waistband. A review of the BWC video confirmed this event and did show his pistol being stored in a holster. A report was taken to document this incident CCN18210875.

## Licensee Biographical Information

*Name:*           *Daquan Lewis*
*DOB:*            ███████        ████████
*Address:*         *1803 M Street NE*
                  *Washington, DC    20002*
*License Issue Date:*   *July 19, 2018*
*Registered Firearms:*  *1 firearm registered*
*Charges:*         *Criminal charges pending-Affidavit for "Carrying a*
                  *pistol in a Prohibited Manner" -reviewed by the OAG*
                  *with a declination to prosecute.*

## Justification for Revocation

*DC Municipal Regulation 2341.5 The Chief may revoke a concealed carry license on a finding that the licensee: (1) No longer satisfies one or more of the concealed carry license qualifications set forth in the Act or any regulation authorized by the Act; or (2) Failed to comply with one or more requirements or duties imposed upon the licensee by the Act or any regulation authorized by the Act.*

*DCMR 2344.2 A licensee shall carry any pistol in a holster on their person in a firmly secure manner that is reasonably designed to prevent loss, theft, or accidental discharge of the pistol.*

## Summary/Recommendation

Mr. Daquan Lewis has violated the District of Columbia Municipal Regulations regarding the carrying of a concealed pistol. He failed to comply with the requirement under 2344.2 that a pistol be carried in a holster in a secure manner. Under the requirements of this regulation a pistol shall be carried in a holster and in a manner to prevent loss, theft, or accidental discharge. On October 10, 2018, Mr. Lewis was found to be carrying his registered pistol in a pair of shorts, with no holster and no trigger guard. On a second date, October 20, 2018, Mr. Lewis was found to be carrying a pistol without a holster, stored on his person in the inside pocket of his coat.

Under these circumstances the pistol could have easily have been lost by falling out of his shorts, or coat pocket and since the pistol was not stored in a holster there was no device to guard the trigger which could have resulted in a tragic incident involving an accidental discharge of the firearm.

Based on Mr. Lewis's actions it is clear that he violated the requirement to carry his pistol in a holster on two occasions and it is the recommendation of the writer that Mr. Lewis's concealed carry license be ***revoked*** based on violating ***DCMR 2344.2 Pistol Carry Methods-No Holster.***

**<u>Attachments:</u>**

1. Police Report CCN# 18-171-970
2. Police Report CCN# 18-178-049
3. Police Report CCN# 18-210-875

MPD0001

CCN #18171970  –  Event # 18171970 Internal Packet

**Metropolitan Police Department**

## CCN #18171970 – INCIDENT REPORT

| REPORT DATE / TIME | DISTRICT / PSA | EVENT START DATE / TIME - EVENT END DATE / TIME | INCIDENT STATISTICS |
|---|---|---|---|
| Oct 11, 2018 13:54 | Fifth District / 507 | Oct 10, 2018 17:49 - Oct 10, 2018 20:50 | |

| RESPONDING OFFICER | WEATHER |
|---|---|
| Roberto Amengual (#10456) – MPD | Clear |

| ASSISTING OFFICER (ASSIST TYPE) |
|---|
| Megan Mulrooney (#10120) (Body Worn Camera), Joseph Blasting (#10539) (Body Worn Camera) |

| TELETYPE DATE / TIME | TELETYPE # | WHO NOTIFIED TELETYPE | SHOTS FIRED | SHOTS EFFECT |
|---|---|---|---|---|
| | | | ☐ YES ■ NO | ☐ YES ■ NO |

## REPORTING PERSON

| NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| R-1 Amengual, Officer | 1 – 100 yrs old |

| SEX | RACE / ETHNICITY | PHONE | EMAIL |
|---|---|---|---|
| Unknown | Unknown / Unknown | (202)███████ (Home Phone) | |

HOME ADDRESS

## INCIDENT INFO

INCIDENT TYPE
**Miscellaneous Report**

INCIDENT LOCATION
**900 21ST STREET NE, WASHINGTON, DC 20002  Type:** Residence/ Home  **Public/Private:** Public  **PSA:** 507  **District:** Fifth District

| LOCATION TYPE | POSITION (BEHIND, FRONT, INSIDE, SIDE) |
|---|---|
| Residence/ Home | |

LOCATION DESCRIPTION

## SUBJECTS

| SUBJECT-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| SUB-1 Lewis, Daquan Tramaine | ████████ |

| SEX | RACE / ETHNICITY | PHONE | EMAIL |
|---|---|---|---|
| Male | Black | ██████ | |

HOME ADDRESS
**1803 M STREET NE, WASHINGTON, DC 20002  Type:** Residence/ Home  **Public/Private:** Private  **PSA:** 507  **District:** Fifth District

## WITNESSES

## PROPERTY & ITEMS

| STATUS / REASON FOR CUSTODY | DESCRIPTION | QTY | DECLARED / FORFEITURE VALUE |
|---|---|---|---|
| None | Glock 17 Glock, Inc. | 1 | |

MPD0002
Metropolitan Police Department

## CCN #18171970 – PUBLIC NARRATIVE

On October 10th, 2018 officers made contact with a group of individuals that were gathered in front of 900 21st Street NE. It is important to note that the area has been hit with a rash of gun violence in the past month.

Sub-1 was found in possession of a Firearm that was registered with the Metropolitan Police Department, and had a permit to carry said firearm in a concealed manner. However the firearm was not in a holster as required per DC Municipal Regulations.

## CCN #18171970 – INTERNAL NARRATIVE

When officers made contact all the individuals that were congregating in front of the building, stood up and began to walk away.

Officers asked all the individuals if they had any firearms on their persons when Sub-1 approached Officer Blasting and presented him an ID card that was inside of an ID holder. After closer inspection of the ID card Officer Blasting was able to determine that Sub-1 was advising Officer Blasting that he had a concealed carry permit issued by the Metropolitan Police Department. Officer Amengual then asked Sub-1 if he was currently carrying a firearm in a concealed manner to which Sub-1 acknowledged that he was.

Officer Amengual then asked Sub-1 to walk with him towards the marked patrol unit, to which Sub-1 complied with. Officer Amengual then inquired as to the whereabouts of the firearm to which Sub-1 pointed and stated that it was in his groin area.

Officer Amengual then asked if he could retrieve the firearm to verify that it was in fact the firearm that was registered with the Metropolitan Police Department. Sub-1 then stated that he did not feel confortable with officers reaching for the firearm.

Sub-1 explained that he would push the firearm up, then officers would be able to retrieve it. Once the firearm was pushed up, officers were able to see that the firearm was not placed in a holster (no holster was found.) The firearm was retrieved from inside several compression shorts that Sub-1 was wearing by Officer Blasting, the magazine was removed from the firearm by Officer Blasting.

A close inspection of the magazine revealed that it was a 10 round capacity magazine.

A WALES/NCIC check of the firearm was performed and revealed that the firearm was in-fact the firearm that was registered with the Metropolitan Police Department.

The firearm was returned to Sub-1.

Sub-1 was advised by Officer Blasting that he should carry the firearm in a holster when being carried in a concealed manner.

DC Firearms Registration was contacted with regards to Sub-1 not carrying the firearm in the manner that is required under DC Municipal regulations 24-2344 (Pistol Carry Methods.)

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Roberto Amengual (#10456)    10/11/2018 (e-signature) | SAMUEL SWARN (#7272)    10/11/2018 (e-signature) |
| PRINT NAME | PRINT NAME |
| Roberto Amengual (#10456) | SAMUEL SWARN (#7272) |

## APPROVAL HISTORY

Report Submitted by Roberto Amengual (#10456)

Oct 11, 2018 15:18
.............................................................................................................................................

Report Completed by SAMUEL SWARN (#7272)

Oct 11, 2018 21:50
.............................................................................................................................................

MPD0003
Metropolitan Police Department

## CCN #18171970 Report Attachments

CCN #18171970  –  Event # 18171970 Internal Packet

**Metropolitan Police Department**

## Daquan Tramaine Lewis



**Daquan Tramaine Lewis**

TRUE NAME

**DAQUAN TRAMAINE LEWIS**

DATE OF BIRTH / AGE RANGE          PDID # / FBI #          CAUTIONS

▓▓▓▓▓▓          DC727093          <span style="background:#9b2b2b;color:white">Gun owner</span>

## PROFILE INFO

| | | | |
|---|---|---|---|
| BIRTH INFO | ▓▓▓▓ | EMAIL | |
| SEX | Male | PHONES | |
| RACE / ETHNICITY | Black | ADDRESS (HOME) | 1803 M STREET NE, WASHINGTON, DC 20002 |
| MAIDEN NAME | | | PSA: 507 |
| NEEDS INTERPRETER | | | District: Fifth District |
| LANGUAGES SPOKEN | | | Private |
| MARITAL STATUS | | | Residence/ Home |
| SSN # | ▓▓▓▓ | ADDRESS (WORK) | |
| DRIVER'S LICENSE | | EMERGENCY CONTACT | |
| HEIGHT | 6 ft 2 in | RESIDENT OF JURIS | |
| WEIGHT | 180 lbs max weight: 200 lbs | MILITARY SERVICES | |
| SKIN TONE | Medium | EMPLOYMENT | |
| EYES | Brown | CLOTHING | |
| HAIR | | | |
| FACIAL HAIR | | | |
| VISION | | | |
| BUILD | Medium | | |
| PHYSICAL CHAR. | | | |
| IDENTIFYING MARKS | | | |
| BEHAVIORAL CHAR. | | | |
| MOOD | | | |
| MODUS OPERANDI | | | |
| SKILLS | | | |
| PROBATION TYPE | | | |
| MISC. DESCRIPTION | | | |

MPD0005

CCN #18171970  –  Event # 18171970 Internal Packet

**Metropolitan Police Department**

## Officer Amengual



**Officer Amengual**

TRUE NAME

DATE OF BIRTH / AGE RANGE     PDID # / FBI #     CAUTIONS
**1 - 100 yrs old**

## PROFILE INFO

| | | | | |
|---|---|---|---|---|
| **BIRTH INFO** | | **EMAIL** | |
| SEX | Unknown | PHONES | (202) ▮▮▮ (Home Phone) |
| RACE / ETHNICITY | Unknown / Unknown | ADDRESS (HOME) | |
| MAIDEN NAME | | ADDRESS (WORK) | FIFTH DISTRICT POLICE STATION, 1805 BLADENSBURG ROAD NE, WASHINGTON, DC 20002 |
| NEEDS INTERPRETER | | | PSA: 503 |
| LANGUAGES SPOKEN | | | District: Fifth District |
| MARITAL STATUS | | | Private |
| SSN # | | | Government/ Public Building |
| DRIVER'S LICENSE | | **EMERGENCY CONTACT** | |
| HEIGHT | | **RESIDENT OF JURIS** | |
| WEIGHT | | **MILITARY SERVICES** | |
| SKIN TONE | | **EMPLOYMENT** | |
| EYES | | **CLOTHING** | |
| HAIR | | | |
| FACIAL HAIR | | | |
| VISION | | | |
| BUILD | | | |
| PHYSICAL CHAR. | | | |
| IDENTIFYING MARKS | | | |
| BEHAVIORAL CHAR. | | | |
| MOOD | | | |
| MODUS OPERANDI | | | |
| SKILLS | | | |
| PROBATION TYPE | | | |
| MISC. DESCRIPTION | | | |

MPD0006
**Metropolitan Police Department**

## Glock, Inc. Pistol, Semi-automatic

| FIREARM TYPE | OWNER | DECLARED VALUE   FORFEITURE VALUE |
|---|---|---|
| Pistol, Semi-automatic | Daquan Tramaine Lewis | |
| MAKE | SERIAL # | FIREARMS ID # |
| Glock, Inc. | BFKG065 | |
| DESCRIPTION | | |
| Glock 17 | | |

## ITEM / PROPERTY INFO

| | | | |
|---|---|---|---|
| FINISH | | PROPERTY STATUS | OTHER None (10/10/2018) |
| STOCK | | REASON FOR CUSTODY | |
| GRIP | Black Polymer | NCIC SEARCH # | |
| CALIBER / GAUGE | 9mm | NCIC # | |
| BARREL LENGTH | | DATE RECOVERED | |
| # OF SHOTS | 10 | RECOVERING OFC. | |
| ALTERATION INDICATED | No | RECOVERING PERSON | |
| QUANTITY | 1 | RECOVERED ADDRESS | |
| BIOHAZARD | | OWNER | Daquan Tramaine Lewis |
| | | OWNER NOTIFIED | |
| | | DATE / TIME NOTIFIED | |
| | | NOTIFIER NAME | |
| | | STORAGE FACILITY | |
| | | LOCATION | |
| | | INTAKE PERSON | |
| | | LOG BOOK # / PG. | / |
| | | LOGBOOK LOCATION | |
| | | CLAIMANT | |
| | | DATE CLAIMED | |
| | | STATEMENT OF FACTS | |

CCN #18171970  −  Event # 18171970 Internal Packet

## CCN #18171970 – Report History

AUTHORS
Roberto Amengual (#10456)



**Mark Lakomec (#4748)** removed attribute from **FIFTH DISTRICT POLICE STATION, 1805 BLADENSBURG ROAD NE, WASHINGTON, DC 20002, UNITED STATES**
Dec 02, 2018 18:42

PSA     502

**Mark Lakomec (#4748)** added attribute to **FIFTH DISTRICT POLICE STATION, 1805 BLADENSBURG ROAD NE, WASHINGTON, DC 20002, UNITED STATES**
Dec 02, 2018 18:42

PSA     503

**Marvin Garber (#10577)** added attribute to **FIFTH DISTRICT POLICE STATION, 1805 BLADENSBURG ROAD NE, WASHINGTON, DC 20002, UNITED STATES**
Dec 01, 2018 05:52

PSA     502

**Marvin Garber (#10577)** removed attribute from **FIFTH DISTRICT POLICE STATION, 1805 BLADENSBURG ROAD NE, WASHINGTON, DC 20002, UNITED STATES**
Dec 01, 2018 05:52

PSA     503

**Fritz Michaud (#9060)** removed attribute from **FIFTH DISTRICT POLICE STATION, 1805 BLADENSBURG ROAD NE, WASHINGTON, DC 20002, UNITED STATES**
Nov 14, 2018 20:53

PSA     502

**Fritz Michaud (#9060)** added attribute to **FIFTH DISTRICT POLICE STATION, 1805 BLADENSBURG ROAD NE, WASHINGTON, DC 20002, UNITED STATES**
Nov 14, 2018 20:53

PSA     503

**Marvin Garber (#10577)** removed attribute from **FIFTH DISTRICT POLICE STATION, 1805 BLADENSBURG ROAD NE, WASHINGTON, DC 20002, UNITED STATES**
Nov 14, 2018 04:14

PSA     503

**Raymond Dingle (#9889)** added attribute to **FIFTH DISTRICT POLICE STATION, 1805 BLADENSBURG ROAD NE, WASHINGTON, DC 20002, UNITED STATES**
Nov 07, 2018 19:05

LOCATION PROPERTY TYPE     Private

**Raymond Dingle (#9889)** removed attribute from **FIFTH DISTRICT POLICE STATION, 1805 BLADENSBURG ROAD NE, WASHINGTON, DC 20002, UNITED STATES**
Nov 07, 2018 19:05

LOCATION PROPERTY TYPE     Public

**APRIL GRAY (#5642)** removed attribute from **FIFTH DISTRICT POLICE STATION, 1805 BLADENSBURG ROAD NE, WASHINGTON, DC 20002, UNITED STATES**
Nov 02, 2018 06:41

MPD0008

CCN #18171970  –  Event # 18171970 Internal Packet

Metropolitan Police Department

| LOCATION STATISTIC | School Zone |
|---|---|

APPROVED by **SAMUEL SWARN (#7272)**
Oct 11, 2018 21:50

**Roberto Amengual (#10456)** submitted the report for approval
Oct 11, 2018 15:18

MPD0009

CCN #18178049  –  Event # 18178049 Internal Packet

**Metropolitan Police Department**

## CCN #18178049 – INCIDENT REPORT

| REPORT DATE / TIME | DISTRICT / PSA | EVENT START DATE / TIME - EVENT END DATE / TIME | INCIDENT STATISTICS |
|---|---|---|---|
| Oct 20, 2018 14:41 | Fifth District / 507 | Oct 20, 2018 14:40 - Oct 20, 2018 14:41 | |

| RESPONDING OFFICER | WEATHER |
|---|---|
| Megan Mulrooney (#10120) – MPD | |

ASSISTING OFFICER (ASSIST TYPE)

Roberto Amengual (#10456) (Body Worn Camera), FREDRICK ONOJA (#9292) (Body Worn Camera), Joseph Blasting (#10539) (Body Worn Camera), Joshua Anderson (#9879) (Body Worn Camera)

| TELETYPE DATE / TIME | TELETYPE # | WHO NOTIFIED TELETYPE | SHOTS FIRED | SHOTS EFFECT |
|---|---|---|---|---|
| | | | ☐ YES ■ NO | ☐ YES ■ NO |

## REPORTING PERSON

| NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE | |
|---|---|---|
| R-1 Mulrooney, Megan | 3 – 103 yrs old | |

| SEX | RACE / ETHNICITY | PHONE | EMAIL |
|---|---|---|---|
| Female | Unknown | (202)      (Home Phone) | |

HOME ADDRESS

1805 BLADENSBURG RD, NE, WASHINGTON

## INCIDENT INFO

INCIDENT TYPE

Miscellaneous Report

INCIDENT LOCATION

900 21ST STREET NE, WASHINGTON, DC 20002  **Type:** Highway/ Road/ Alley/ Street/ Sidewalk  **Public/Private:** Public  **PSA:** 507  **District:** Fifth District

| LOCATION TYPE | POSITION (BEHIND, FRONT, INSIDE, SIDE) |
|---|---|
| Highway/ Road/ Alley/ Street/ Sidewalk | |

LOCATION DESCRIPTION

## SUBJECTS

| SUBJECT-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE | |
|---|---|---|
| SUB-1 Lewis, Daquan Tramaine | | |

| SEX | RACE / ETHNICITY | PHONE | EMAIL |
|---|---|---|---|
| Male | Black | | |

HOME ADDRESS

1803 M STREET NE, WASHINGTON, DC 20002  **Type:** Residence/ Home  **Public/Private:** Private  **PSA:** 507  **District:** Fifth District

## WITNESSES

## PROPERTY & ITEMS

MPD0010

CCN #18178049  –  Event # 18178049 Internal Packet

**Metropolitan Police Department**

## CCN #18178049 – PUBLIC NARRATIVE

Officers contacted Sub-1. Sub-1 had a concealed carry permit in the District of Columbia but no holster and was advised that he had to go directly home and retrieve a holster for the firearm.

## CCN #18178049 – INTERNAL NARRATIVE

Officers are still waiting for OAG to determine the correct course of action in reference to carrying a weapon not in a holster for conceal carry permit holders as of the date of the events. The warrant in reference to the first incident has been in process with them and they are uncertain as to how the city is approaching this offense.

Officers spoke with Sub-1 who, when asked, admitted he had his weapon on him and that it was in the pocket of his jacket. He indicated that he had a holster at home. Sub-1 was advised that not carrying the weapon in a holster was a violation of the terms of the conceal carry and that the next violation would likely result in his arrest as he now has clear knowledge of the fact that this is a violation of the terms.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Megan Mulrooney (#10120)    10/20/2018 (e-signature) | David Lack (#7238)    10/21/2018 (e-signature) |
| PRINT NAME | PRINT NAME |
| Megan Mulrooney (#10120) | David Lack (#7238) |

## APPROVAL HISTORY

Report Submitted by Megan Mulrooney (#10120)

Oct 20, 2018 22:07

........................................................................................................................................................

Report Completed by David Lack (#7238)

Oct 21, 2018 01:39

........................................................................................................................................................

MPD0011

CCN #18178049  –  Event # 18178049 Internal Packet

**Metropolitan Police Department**

## 18178049 – Relationships Addendum

| NAME | RELATIONSHIP | SUBJECT |
|------|-------------|---------|
| Megan Mulrooney | Otherwise Known | Daquan Tramaine Lewis |

## CCN #18178049 Report Attachments

MPD0013

CCN #18178049  –  Event # 18178049 Internal Packet

Metropolitan Police Department

## Megan Mulrooney



**Megan Mulrooney**
TRUE NAME

DATE OF BIRTH / AGE RANGE          PDID # / FBI #              CAUTIONS
**3 – 103 yrs old**

## PROFILE INFO

| BIRTH INFO | | EMAIL | |
|---|---|---|---|
| SEX | **Female** | PHONES | **(202) ▮▮▮▮ (Home Phone)** |
| RACE / ETHNICITY | **Unknown** | ADDRESS (HOME) | **1805 BLADENSBURG RD, NE, WASHINGTON** |
| MAIDEN NAME | | ADDRESS (WORK) | |
| NEEDS INTERPRETER | | EMERGENCY CONTACT | |
| LANGUAGES SPOKEN | | RESIDENT OF JURIS | |
| MARITAL STATUS | | MILITARY SERVICES | |
| SSN # | | EMPLOYMENT | |
| DRIVER'S LICENSE | | CLOTHING | |
| HEIGHT | | | |
| WEIGHT | | | |
| SKIN TONE | | | |
| EYES | | | |
| HAIR | | | |
| FACIAL HAIR | | | |
| VISION | | | |
| BUILD | | | |
| PHYSICAL CHAR | | | |
| IDENTIFYING MARKS | | | |
| BEHAVIORAL CHAR | | | |
| MOOD | | | |
| MODUS OPERANDI | | | |
| SKILLS | | | |
| PROBATION TYPE | | | |
| MISC DESCRIPTION | | | |

## Daquan Tramaine Lewis



**Daquan Tramaine Lewis**

TRUE NAME
**DAQUAN TRAMAINE LEWIS**
DATE OF BIRTH / AGE RANGE

PDID # / FBI #
DC727093

CAUTIONS
Gun owner

## PROFILE INFO

| | | | |
|---|---|---|---|
| BIRTH INFO | | EMAIL | |
| SEX | Male | PHONES | |
| RACE / ETHNICITY | Black | ADDRESS (HOME) | 1803 M STREET NE, WASHINGTON, DC 20002 |
| MAIDEN NAME | | | PSA: 507 |
| NEEDS INTERPRETER | | | District: Fifth District |
| LANGUAGES SPOKEN | | | Private |
| MARITAL STATUS | | | Residence/ Home |
| SSN # | | ADDRESS (WORK) | |
| DRIVER'S LICENSE | | EMERGENCY CONTACT | |
| HEIGHT | 6 ft 2 in | RESIDENT OF JURIS | |
| WEIGHT | 180 lbs max weight: 200 lbs | MILITARY SERVICES | |
| SKIN TONE | Medium | EMPLOYMENT | |
| EYES | Brown | CLOTHING | |
| HAIR | | | |
| FACIAL HAIR | | | |
| VISION | | | |
| BUILD | Medium | | |
| PHYSICAL CHAR. | | | |
| IDENTIFYING MARKS | | | |
| BEHAVIORAL CHAR. | | | |
| MOOD | | | |
| MODUS OPERANDI | | | |
| SKILLS | | | |
| PROBATION TYPE | | | |
| MISC. DESCRIPTION | | | |

MPD0015

CCN #18178049  –  Event # 18178049 Internal Packet

**Metropolitan Police Department**

## CCN #18178049 – Report History

AUTHORS

Megan Mulrooney (#10120)



**APPROVED by David Lack (#7238)**
Oct 21, 2018 01:39



**Megan Mulrooney (#10120)** submitted the report for approval
Oct 20, 2018 22:07

CCN #18210875  –  Event # 18210875 Internal Packet

**Metropolitan Police Department**

## CCN #18210875 – INCIDENT REPORT

| REPORT DATE / TIME | DISTRICT / PSA | EVENT START DATE / TIME - EVENT END DATE / TIME | INCIDENT STATISTICS |
|---|---|---|---|
| Dec 12, 2018 19:37 | Fifth District / 507 | Dec 12, 2018 19:20 – Dec 12, 2018 19:25 | 01. Stop |

| RESPONDING OFFICER | | WEATHER | |
|---|---|---|---|
| Joshua Anderson (#9879) – MPD | | | |

| ASSISTING OFFICER (ASSIST TYPE) |
|---|
| Kyle Gatewood (#10268) (Body Worn Camera), Megan Mulrooney (#10120) (Body Worn Camera) |

| TELETYPE DATE / TIME | TELETYPE # | WHO NOTIFIED TELETYPE | SHOTS FIRED | SHOTS EFFECT |
|---|---|---|---|---|
| | | | ☐ YES ■ NO | ☐ YES ■ NO |

## REPORTING PERSON

| NAME (LAST, **FIRST MIDDLE**) | | DOB / ESTIMATED AGE RANGE | |
|---|---|---|---|
| R-1 Mulrooney, Megan | | 3 - 103 yrs old | |

| SEX | RACE / ETHNICITY | PHONE | EMAIL |
|---|---|---|---|
| Female | Unknown | (202)▮▮▮▮(Home Phone) | |

| HOME ADDRESS |
|---|
| 1805 BLADENSBURG RD, NE, WASHINGTON |

## INCIDENT INFO

| INCIDENT TYPE |
|---|
| Stop |

| INCIDENT LOCATION |
|---|
| 1918 I STREET NE, WASHINGTON, DC 20002 **Type:** Residence/ Home **Public/Private:** Private **PSA:** 507 **District:** Fifth District |

| LOCATION TYPE | POSITION (BEHIND, FRONT, INSIDE, SIDE) |
|---|---|
| Residence/ Home | |

| LOCATION DESCRIPTION |
|---|
| |

## SUBJECTS

| SUBJECT-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE | |
|---|---|---|
| SUB-1 Lewis, Daquan Tramaine | ▮▮▮▮ | |

| SEX | RACE / ETHNICITY | PHONE | EMAIL |
|---|---|---|---|
| Male | Black | | |

| HOME ADDRESS |
|---|
| 1803 M STREET NE, WASHINGTON, DC 20002 **Type:** Residence/ Home **Public/Private:** Private **PSA:** 507 **District:** Fifth District |

## WITNESSES

## PROPERTY & ITEMS

MPD0017
Metropolitan Police Department

## CCN #18210875 – PUBLIC NARRATIVE

Officers heard 6-10 gunshots near the 1900 block of I Street NE. Officers entered the block seconds after hearing the gunshots and observed Sub-1, separate from a large group and walk swiftly away from the location. Officers had knowledge that Sub-1 possessed a permit to carry a handgun at one point and that it had been revoked in October. Officers stopped Sub-1 to verify that his permit had been reinstated as they observed a bulge in the front of his coat. Officers verified Sub-1's permit and holster status and no further action was taken.

## CCN #18210875 – INTERNAL NARRATIVE

On 12/12/2018 from 1920 to 1925 for 5 minutes, officers stopped Sub-1. Sub-1 was stopped because they heard sounds of gunshots, saw him walking swiftly from the area, and knew that his gun license had been previously temporarily suspended. A search was not conducted. Sub-1 was told the reason for the stop. Nothing was seized from Sub-1. As a result of the stop no further action was taken.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Joshua Anderson (#9879)   12/12/2018 (e-signature) | Andrew Creveling (#9497)   12/12/2018 (e-signature) |
| PRINT NAME | PRINT NAME |
| Joshua Anderson (#9879) | Andrew Creveling (#9497) |

## APPROVAL HISTORY

**Report Submitted by Joshua Anderson (#9879)**
Dec 12, 2018 19:56

**Report Completed by Andrew Creveling (#9497)**
Dec 12, 2018 21:36

## 18210875 – Relationships Addendum

| NAME | RELATIONSHIP | SUBJECT |
| --- | --- | --- |
| Megan Mulrooney | Otherwise Known | Daquan Tramaine Lewis |

MPD0019
Metropolitan Police Department

## CCN #18210875 Report Attachments

MPD0020

CCN #18210875  –  Event # 18210875 Internal Packet

Metropolitan Police Department

## Daquan Tramaine Lewis



**Daquan Tramaine Lewis**

TRUE NAME
**DAQUAN TRAMAINE LEWIS**

DATE OF BIRTH / AGE RANGE          PDID # / FBI #

████████                                 DC727093

CAUTIONS
**Gun owner**

## PROFILE INFO

| | | | |
|---|---|---|---|
| BIRTH INFO | ████████ | EMAIL | |
| SEX | Male | PHONES | |
| RACE / ETHNICITY | Black | ADDRESS (HOME) | 1803 M STREET NE, WASHINGTON, DC 20002 |
| MAIDEN NAME | | | PSA: 507 |
| NEEDS INTERPRETER | | | District: Fifth District |
| LANGUAGES SPOKEN | | | Private |
| MARITAL STATUS | | | Residence/ Home |
| SSN # | ████████ | ADDRESS (WORK) | |
| DRIVER'S LICENSE | | EMERGENCY CONTACT | |
| HEIGHT | 6 ft 2 in | RESIDENT OF JURIS | |
| WEIGHT | 180 lbs max weight: 200 lbs | MILITARY SERVICES | |
| SKIN TONE | Medium | EMPLOYMENT | |
| EYES | Brown | CLOTHING | |
| HAIR | | | |
| FACIAL HAIR | | | |
| VISION | | | |
| BUILD | Medium | | |
| PHYSICAL CHAR. | | | |
| IDENTIFYING MARKS | | | |
| BEHAVIORAL CHAR. | | | |
| MOOD | | | |
| MODUS OPERANDI | | | |
| SKILLS | | | |
| PROBATION TYPE | | | |
| MISC. DESCRIPTION | | | |

CCN #18210875  –  Event # 18210875 Internal Packet

MPD0021
**Metropolitan Police Department**

## Megan Mulrooney



**Megan Mulrooney**

TRUE NAME

DATE OF BIRTH / AGE RANGE          PDID # / FBI #                    CAUTIONS
**3 - 103 yrs old**

## PROFILE INFO

| | | | |
|---|---|---|---|
| BIRTH INFO | | EMAIL | |
| SEX | Female | PHONES | (202) ███████ (Home Phone) |
| RACE / ETHNICITY | Unknown | ADDRESS (HOME) | 1805 BLADENSBURG RD, NE, WASHINGTON |
| MAIDEN NAME | | ADDRESS (WORK) | |
| NEEDS INTERPRETER | | EMERGENCY CONTACT | |
| LANGUAGES SPOKEN | | RESIDENT OF JURIS | |
| MARITAL STATUS | | MILITARY SERVICES | |
| SSN # | | EMPLOYMENT | |
| DRIVER'S LICENSE | | CLOTHING | |
| HEIGHT | | | |
| WEIGHT | | | |
| SKIN TONE | | | |
| EYES | | | |
| HAIR | | | |
| FACIAL HAIR | | | |
| VISION | | | |
| BUILD | | | |
| PHYSICAL CHAR. | | | |
| IDENTIFYING MARKS | | | |
| BEHAVIORAL CHAR. | | | |
| MOOD | | | |
| MODUS OPERANDI | | | |
| SKILLS | | | |
| PROBATION TYPE | | | |
| MISC. DESCRIPTION | | | |

MPD0022
Metropolitan Police Department

## CCN #18210875 – Report History

AUTHORS
Joshua Anderson (#9879)

 **APPROVED by Andrew Creveling (#9497)**
Dec 12, 2018 21:36

 **Joshua Anderson (#9879)** submitted the report for approval
Dec 12, 2018 19:56