# Defendants' Exhibit No. 3



# Concealed Carry Pistol License
## Notice of Revocation

Metropolitan Police Department · Firearms Registration · 300 Indiana Ave, NW · Washington, DC 20001 · (202) 727-4275

## Licensee Information

| Lewis | Daquan | J. | |
|---|---|---|---|
| *Last Name* | *First Name* | *Middle Initial* | |

| 1803 M Street NE | Washington | DC | 20002 |
|---|---|---|---|
| *Home Street Address* | *City* | *State* | *ZIP Code* |

October 22, 2018

Dear Licensee:

The Firearms Registration Control Act of 1975, (D.C. Official § 7-2501 *et seq.*), and Chapter 23 (Guns and other Weapons) of Title 24 (Public Space and Safety) of the District of Columbia Municipal Regulations (DCMR), establish the qualifications and procedures for the issuance and revocation of a license to carry a concealed pistol. Based on these criteria, your concealed carry license has been revoked based on the following criteria found in 24 DCMR §2341.1(1), 2335.1(d), (e) which states:

| 2341.1 | The Chief may revoke a concealed carry license on a finding that the licensee: |
|---|---|
| (2) | Failed to comply with one or more requirements or duties imposed upon the licensee by the Act or any regulation authorized by the Act; |
| 2344.2 | (Pistol Carry Methods) states "A licensee shall carry any pistol in a holster on their person in a firmly secure manner that is reasonably designed to prevent loss, theft, or accidental discharge of the pistol." In that you were found to carry your pistol without a holster by MPD officers on October 10, 2018. |

You may appeal this decision by submitting a written request to the Concealed Pistol Licensing Review Board to review the decision within fifteen (15) days after receipt of this notice. The request should be mailed to: *Office of the City Administrator, Concealed Pistol Licensing Review Board //1350 Pennsylvania Avenue, NW, Suite 513 // Washington, DC, DC  20004.*

Please note that under 24 DCMR § 2341.4, that you must return the previously issued concealed carry license to the firearms Registration Unit within fifteen (15) days from the date of this notice.

Sincerely,

Lieutenant Colin Hall
Gun Control Section
Metropolitan Police Department