# Defendants' Exhibit No. 4

## OFFICE OF THE ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA PRE-CHARGE SETTLEMENT AGREEMENT

I, Daquan Lewis, have been advised through my counsel that the District of Columbia government is currently investigating me for alleged violations of the District of Columbia Municipal Regulations relating to the carrying of concealed pistols, 24 DCMR § 2344.2. These violations are alleged to have occurred on October 10, 2018 as reported in Metropolitan Police Department ("MPD") report CCN 20-181010 and on October 20, 2018 as reported in MPD CCN 18178049.

In consideration of the government's delaying any final decision with respect to the filing of criminal charges in connection with these investigations, I hereby agree to voluntarily surrender my license to carry a firearm in the District of Columbia to be placed under the status of suspension for a period of six (6) months. I furthermore agree to report to MPD's Firearm Registration Unit within 10 days of signing this agreement to physically surrender the license, at which time the 6-month period will commence. I understand that by signing this agreement, I do not have a license to carry a firearm in a concealed manner in the District of Columbia for the duration of this 6-month period. However, I will retain my license as a Special Police Officer—Armed (License No. SPO203703) with all associated privileges to carry a firearm while at work, I may transport a firearm in accordance with District regulations to and from work, and I also retain the Second Amendment rights of D.C. citizens, such as the ability to possess registered firearms within my residence.

During this six months, I will enroll and complete a Firearms Safety Training Course in accordance with MPD's registration requirements (i.e., 4 hours), which will be credited towards renewal of my registration after the suspension is lifted. Once the 6-month period expires, the Office of the Attorney General agrees to not bring charges under any circumstances on the two above-referenced CCN investigations if I have completed my Firearm Safety Course and have not been arrested and convicted on any firearm offenses involving the possession or carrying of a

firearm in the District whereupon a license to carry was required. Beginning on the first business day after the 6-month suspension period expires, the government agrees to make my physical license available for retrieval at MPD's Firearm Registration Unit.

2/20/19
Date

Daquan Lewis

2/20/19
Date

Craig Welkener
Attorney for Daquan Lewis

2/20/19
Date

Jose Marrero
Assistant Attorney General