### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAQUAN T. LEWIS, <br><br> Plaintiff, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | Civil Action No. 20-02241 (ABJ) |

### DEFENDANTS' PARTIAL CONSENT MOTION FOR AN EXTENSION OF TIME TO REPLY IN SUPPORT OF MOTION TO DISMISS

Defendants the District of Columbia (the District), Peter Newsham, William Fitzgerald, Joshua Anderson, Joseph Blasting, and Megan Mulrooney submit this motion for an extension of time to reply in support of the District's motion to dismiss. The District's reply to plaintiffs' opposition is due November 23, 2020. The District seeks a 10-day extension until December 3, 2020 to file a reply.

The District filed its motion to dismiss on October 26, 2020. With the District's consent, plaintiff sought and the Court granted a one-week extension to oppose. Plaintiff filed his opposition on November 16, 2020, and the District now seeks a 10-day extension to submit its reply in light of undersigned counsel's competing professional obligations, and the upcoming Thanksgiving holiday. *See* Fed. R. Civ. P. 6(b)(1). The requested extension will allow the District sufficient time to prepare its reply to plaintiffs' 35-page opposition, while attending to other pressing matters. No

other deadlines or Court dates will be affected by this extension. A memorandum of points and authorities and a proposed order are attached.

As provided under Local Civil Rule 7(m), undersigned counsel discussed this matter with plaintiff's counsel. Plaintiff does not consent to an extension until December 3, 2020, but consents to an extension until November 25, 2020.

Dated:  November 18, 2020.    Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Chief, Equity Section

*/s/ Micah Bluming*
MICAH BLUMING [1618961]
Assistant Attorney General
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 724-7272
(202) 730-1833 (fax)
micah.bluming@dc.gov

*Counsel for Defendants*