UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAQUAN T. LEWIS,<br><br>       Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>       Defendants. | Civil Action No. 20-02241 (ABJ) |

MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF DEFENDANTS' PARTIAL CONSENT MOTION FOR AN
EXTENSION OF TIME TO REPLY IN SUPPORT OF MOTION TO DISMISS

    In support of their motion for an extension of time to reply in support of the District's motion to dismiss, defendants submit the following:

1. Fed. R. Civ. P. 6(b)(1)(A);

2. Defendants' showing of good cause in support of the motion;

3. Plaintiff's partial consent to the extension; and

4. The inherent power of the Court.

    Defendants seek a 10-day extension, until December 3, 2020, for good cause. The requested extension will not prejudice plaintiff or unduly delay the resolution of this matter. Instead, the extension will permit defendants' counsel sufficient time to prepare a reply to plaintiffs' 35-page opposition, while attending to other pressing matters. This is defendants' first request for an extension of time to file a reply in support of the motion to dismiss. Accordingly, defendants request that the Court grant the motion and enter the proposed order.

Dated: November 18, 2020.  Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Chief, Equity Section

*/s/ Micah Bluming*
MICAH BLUMING [1618961]
Assistant Attorney General
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 724-7272
(202) 730-1833 (fax)
micah.bluming@dc.gov

*Counsel for Defendants*