UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAQUAN T. LEWIS,<br><br>      Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>      Defendants. | Civil Action No. 20-02241 (ABJ) |

## ORDER

Upon consideration of Defendants' Partial Consent Motion for an Extension of Time to Reply in Support of Motion to Dismiss (Motion), and the entire record, it is this \_\_\_\_\_ day of November, 2020, ORDERED that:

1)    The Motion is GRANTED; and

2)    Defendants shall file their reply by December 3, 2020.

_____
THE HONORABLE AMY BERMAN JACKSON
Judge, United States District Court
      for the District of Columbia