UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DAQUAN T. LEWIS,**

*Plaintiff,*

v.

**THE DISTRICT OF COLUMBIA,** *et al.*

*Defendants.*

Case No. 20-cv-02241 (ABJ)

### AFFIDAVIT OF DAQUAN LEWIS

1. My name is Daquan Lewis, and I am the Plaintiff in this matter.

2. I live in Washington DC, near the Carver/Langston neighborhood in the Fifth District of the Metropolitan Police Department (MPD).

3. I have personal knowledge of the matters in this Affidavit, I am over the age of 18 years and competent to testify.

   **A. Verification of Complaint**

4. I have personal knowledge of all the factual allegations in the Complaint, including but not limited to the events of October 2018, December 2018, July 2019, April-July 2020, and May 2020.

5. I verify, under penalty of perjury, that the factual statements in the Complaint are true and correct to the best of my knowledge and belief.

   **B. Impact of Defendants' Conduct**

6. I have been a victim of constant illegal stop and search and police harassment all because I am legally armed, and furthermore because I am legally armed and Black.

7. I believe the MPD does not want me to be able to carry a firearm.

8. On April 14, 2020 I was illegally detained, arrested, placed in handcuffs and had my

1

firearm, gun license, and firearm registration card taken from me by MPD for no legal reason.

9. The holster in which I had my gun that day was designed for wearing in a pocket, or in a waistband.

10. The holster makes it literally impossible for the gun to fire, whether in the pocket or waistband.

11. Accidental discharge was impossible because the holster covers the trigger guard, and a lever that is on the trigger. The gun could not be fired without unzipping the pocket and removing the gun by hand.

12. The way that I was carrying, there is no way to tell what is in the pocket, from the outside.

13. As the officers stopped me, they had to ask me whether I had a gun, and I told them it was in my pocket.

14. I felt violated and even more I felt robbed because that is exactly what they did: robbed me and deprived me of my right to protect myself.

15. It was not until me taking legal measures and getting a lawyer involved when MPD decided to return my things, over 3 months later.

16. Since the return of my belongings I have not carried my firearm as much as I want to.

17. With no exaggerating, I've carried my firearm a total of only four (4) times since it was last given back to me, because I am too scared and worried to carry it around, knowing that at any moment a police officer can stop me for any reason at all and make anything up to deprive of my belongings or worse.

18. I am specifically afraid that if I concealed carry, police will target me for stops, endangering both my life and my right to carry.

### C. December 5, 2020 Incident

19. In fact, just a couple of days ago on December 5, 2020 an officer spotted me, jumped out of an unmarked police car, and began following me on foot.

20. It was during the day, a sunny day. I had heard no gunfire in the hour or more before the interaction, and the police did not seem to be responding to a crime or trying to track down a suspect or anything.

21. The officer asked me "do you have a gun on you?".

22. I responded by saying something like "I don't want to talk to the police right now. I don't have to talk to the police" and I proceeded to walk.

23. Then the officer instructed me that I had to answer him.

24. I then told the officer "no, I don't." I know that unless the officer has started an investigatory stop, I do not have to speak to MPD.

25. The officer then asked me again if I was carrying, and again I told him I did not want to speak to him.

26. He then proceeded to stop me. He said he was going to conduct a search of me.

27. I very clearly told the officer that I did not consent any type of search.

28. The officer's response was basically that he was going to do it anyway.

29. Then, completely violating me morally and as a man, the officer began sticking his hand into my pants touching my genitals.

30. I felt embarrassed and completely violated to the point that I asked him why he was in my pants, and I pulled away, at which point I was surrounded and assaulted by numerous other police officers (as can be seen on the video).

31. Multiple officers were bending my arms up to a point where they hurt.

32. They placed handcuffs on me and allowed the officer to continue his illegal search of me

with his hands in my pants and other officers patting me down.

33. I felt irritated and embarrassed and angry all at the same time, and I was trying to resist what they were doing to me by holding my arms stiff.

34. One officer yells to me "stop resisting, you're caught."

35. I then said "caught for what?" and a female officer says "There's a gun in your pocket, there's a gun in your pocket."

36. I did not have any weapon on me at this time, but I began to fear for my safety because the officers thought I was carrying a gun. I said "I don't got no gun in my pocket."

37. I then calmed myself down or at least gave the appearance that I was calm, but inside I was still embarrassed and angry.

38. When the officers figured out that I did not have a gun on me, they gave me my ID back and let me go. I still felt violated, embarrassed, and angry.

D. **Aftermath of the December 5th Incident**

39. Since that day, I have felt extremely stressed, fearful for my safety, and violated. I have difficulty sleeping at night because I play over in my head these interactions with the police and how they could easily result in me being shot like so many other black men.

40. Things got so bad that I went to a doctor this week and was diagnosed with insomnia. The doctor prescribed Melatonin-Tryptophan. Attached as Plaintiff Exhibit 13 is a true and accurate copy of my medical records from that visit.

41. I now feel completely unable to safely use my concealed carry license.

42. Police have demonstrated time and again carrying my legal concealed pistol makes me a target for dangerous police stops.

43. Based on the April and May 2020 incidents, and now this December 2020 incident, it is clear that police are looking for any reason at all to search me, or take my concealed carry

license.

44. I believe the police are targeting me because I am Black, and exercising Second Amendment rights in my neighborhood.

45. Without court protection from illegal stops, I cannot exercise my Second Amendment rights.

46. I declare, under penalty of perjury, that the foregoing is true and correct. Executed on the 11th day of December, 2020.

*Daquan Lewis*

_____

DAQUAN LEWIS

# Exhibit 13

Summary Of Today's Visit                                   Page 1 of 2



# Summary of Today's Visit

Lewis , Daquan   DOB: Redacted
Account No: Redacted
Gender: Male
Race: Black or African American
Ethnicity: Not Hispanic or Latino
Preferred Language: English

12/10/2020 visit with Chukwuka O Ojiako, DO

## Reason for Visit
- Medical - Walk-in
- Redacted
- Redacted

## Vitals
- Nurse MA Initial jvs
- Temp Tymp:97.8 (F)
- BP 155/81 (mm Hg)
- Site(Arm:Left,Right) right
- Repeat BP 138/84
- Site(Arm:Left,Right) left
- HR 90 (/min)
- RR 20 (/min)
- Ht 72 (in)
- Wt 248.8 (lbs)
- BMI 33.74 (Index)
- Oxygen sat % 97

## Today's Diagnoses Include
- Redacted
- G47.00 Insomnia, unspecified type

## Medication List
- Start Melatonin-Tryptophan : 3-100 MG 1 capsule 30 minutes before bedtime as needed Orally Once a day,30 day(s) ,30

Other medications you are on
- Not-Taking/PRN Flovent HFA : 110 MCG/ACT 1 puff Inhalation Twice a day,90 days ,3 ,Refills: 0
- Not-Taking/PRN ProAir HFA : 108 (90 Base) MCG/ACT 2 puffs as needed Inhalation every 4 hrs as needed for wheezing,90 days ,3 ,Refills: 0

Notes:

---

Summary of Today's Visit for - Lewis , Daquan   DOB: Redacted   Account No: Redacted
Brentwood Square Health Center   1251 Saratoga Ave NE   WASHINGTON, DC 200181019   202-469-4699
Summary generated by eClinicalWorks (www.eclinicalworks.com)
This document contains confidential information about your health. To maintain your privacy, do not throw this document in the trash. If you do not wish to keep this document for your records, please shred or otherwise securely dispose of your copy. If you are not the intended recipient, please destroy this document and report it to the physician's office named above.

https://prod.unity.onehealth.cloud/mobiledoc/jsp/catalog/xml/printVisitSummary.jsp?enc...   12/10/2020

Summary Of Today's Visit                                                                 Page 2 of 2

Discussed sleep hygiene: 1) No phone for at least 1 hour before bed 2) Establish consistent bedtime and bedtime routine 3) Optimize sleeping environment: temperature around 65 degrees, dark and quiet 4)Try reducing your activity about one hour before bed. prescribed Melatonin -tryptophan follow up with PCP if persist

### Tests Ordered/Performed Today

Labs
- Redacted
- 
- 

### Other Medical Conditions (Problem List)

- K03.6   Dental plaque
- K05.10  Gingivitis
- B35.1   Toenail fungus
- A18.52  Phthisical cornea
- J30.9   Allergic rhinitis
- J45.909 Asthma
- G47.00  Insomnia, unspecified type

### Preventive Medicine

- Counseling/Goals:

Follow-Up Care:  -  Schedule appointment today: Your next appointment should be with ___PCP_____ in ____4 weeks_____. Please stop at the front desk to schedule this appointment before you leave the health center today., After Hours: If you are sick and need medical advice when the health center is closed, please call the Unity After-Hours line at 301-953-4574. If you have a medical emergency, please call 911 or go to the nearest emergency department., Brentwood (1251 Saratoga Ave. NE #B) is open 8am to 10pm Monday through Friday and Saturdays 8am to 2pm..

### Smoking Status

- Never smoker

Summary of Today's Visit for - Lewis , Daquan   DOB: Redacted   Account No: Redacted
Brentwood Square Health Center   1251 Saratoga Ave NE   WASHINGTON, DC 200181019   202-469-4699
Summary generated by eClinicalWorks (www.eclinicalworks.com)
This document contains confidential information about your health. To maintain your privacy, do not throw this document in the trash. If you do not wish to keep this document for your records, please shred or otherwise securely dispose of your copy. If you are not the intended recipient, please destroy this document and report it to the physician's office named above.