UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DAQUAN T. LEWIS,**

                *Plaintiff,*

  v.

**THE DISTRICT OF COLUMBIA,** *et al.*

                *Defendants.*

Case No. 20-cv-02241 (ABJ)

## AFFIDAVIT OF RICKEY BOLDEN

1. My name is Rickey Allen Bolden, and I live in Bowie, Maryland. I am a pastor, teacher and motivational speaker.

2. I have personal knowledge of the matters in this Affidavit, I am over the age of 18 years and competent to testify.

3. I know the Plaintiff in this case, Daquan Lewis and have been friends for 20 years. We met one another at a ministry I have overseen since 1995.

4. Throughout my relationship with Daquan, he has consistently proven to be a man of character and integrity. He has consistently proven to be trustworthy to the point that I have entrusted to him keys to our ministry house. He is responsible and well respected in our community. He is a great brother and friend.

5. I am familiar with Daquan's efforts to become a Special Police Officer, and obtain his concealed carry license and registered firearms. I am extremely proud of Daquan for the hard work and resiliency he has demonstrated in overcoming his challenging environment and attaining this goal in his life. That's why it is disappointing to hear about the obstacles the D.C. police is placing in front of him.

6. It is painful to see the impact this experience with D.C. police officers is having on Daquan. He is often depressed, discouraged and afraid of encountering police officers, and choose to stay here at "859." His fear surfaces constantly in our conversations and consistently make him second guess himself and his ability to be a Special Police Officer.

7. I have encouraged Daquan to never carry his weapon unless he is traveling to and from work. He cannot give Police officers a reason to harass him. This strategy was successful the last time officers stopped him because Daquan did not have a weapon when the officers frisked him.

8. Daquan would benefit from constitutional protections because no one should have to fear from encountering police when they are returning home from work. Daquan has done well in overcoming obstacles of being raised in an "at risk" neighborhood. The police has become Daquan's obstacle in reaching his goal. This constitutional protection will also be a benefit to Daquan's health by eliminating the need to worry or stress out over his treatment by D.C. police.

9. I look forward to supporting Daquan as he fulfills his purpose and strive to reach his goals and I want to thank you for protecting him from obstacles that could possibly sabotage all that God has for him.

10. I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on the 12th day of December, 2020.

*Rickey Bolden*

Rickey Boulden