UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DAQUAN T. LEWIS,**

*Plaintiff,*

v.

**THE DISTRICT OF COLUMBIA,** *et al.*

*Defendants.*

Case No. 20-cv-02241 (ABJ)

**AFFIDAVIT OF VINCENT SPRIGGS**

1. My name is Vincent Spriggs, and I live in District Heights, Maryland.

2. I have personal knowledge of the matters in this Affidavit, I am over the age of 18 years and competent to testify. I have personal knowledge of this affidavit and am over 18 years of age.

3. I am a retired detective with the Metropolitan Police Department.

4. I have conducted hundreds of investigatory stops during the course of my career.

5. From 1986 up until 1992 while working in uniform and then in undercover casual clothes unit I recovered multiple guns.

6. I am also Daquan Lewis' grandfather.

7. Daquan has always been law abiding, trustworthy and very level headed. He has never lied to me and I find him to be honest.

8. I am familiar with Daquan's efforts to become a Special Police Officer, and obtain his concealed carry license and registered firearms. I am also familiar with many of the incidents of police mistreatment of Daquan. Daquan has called me regarding each incident with the police.

9. It has made Daquan very uncomfortable when he observe any police officers and

1

during our conversations after each incident I can hear in his voice how nervous and upset he was each time.

10. Daquan should have the same right as any law abiding citizen and to feel that his constitutional rights will not be violated to legally bear arms. He chose a career path as each of those officers and should be respected for his choices.

11. Daquan was raised to respect the law in which he has done, to include choosing to serve and protect which is very honorable.

12. I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on the 11th day of December, 2020.

 /s/ **Vincent T. Spriggs, Sr.**
_____

Vincent T. Spriggs, Sr.