# EXHIBIT A

## CCN #20173113 – INCIDENT REPORT

| REPORT DATE / TIME | DISTRICT / PSA | EVENT START DATE / TIME - EVENT END DATE / TIME | INCIDENT STATISTICS |
|---|---|---|---|
| Dec 05, 2020 20:30 | Fifth District / 507 | Dec 05, 2020 16:33 - Dec 05, 2020 16:49 | |

| RESPONDING OFFICER | WEATHER |
|---|---|
| WILFREDO GUZMAN (#10663) – MPD | Clear, |

**ASSISTING OFFICER (ASSIST TYPE)**

| TELETYPE DATE / TIME | TELETYPE # | PERSON NOTIFIED AT TELETYPE | SHOTS FIRED | SHOTS EFFECT |
|---|---|---|---|---|
| | | | ☐ YES  ☒ NO | ☐ YES  ☒ NO |

| WAS A STOP INVOLVED? | STOP START DATE/TIME - STOP END DATE/TIME | REASON FOR THE STOP |
|---|---|---|
| ☒ YES  ☐ NO | Dec 05, 2020 16:33 - Dec 05, 2020 16:35 | Individual's characteristics, Individual's actions |

## REPORTING PERSON

| NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| R-1 GRU, NSID | 0 - 100 yrs old |

| SEX | RACE / ETHNICITY | PHONE | EMAIL |
|---|---|---|---|
| Unknown | Unknown / Unknown | | |

**HOME ADDRESS**
2850 NEW YORK AVENUE NE, WASHINGTON, DC 20002  **Type:** Government/ Public Building  **Public/Private:** Private  **PSA:** 503  **District:** Fifth District

## INCIDENT INFO

**INCIDENT TYPE**
Stop

**INCIDENT LOCATION**
CARVER TERRACE APARTMENTS, 1100 21ST STREET NE, WASHINGTON, DC 20002  **Type:** Highway/ Road/ Alley/ Street/ Sidewalk  **Public/Private:** Public  **PSA:** 507  **District:** Fifth District

| LOCATION TYPE | POSITION (BEHIND, FRONT, INSIDE, SIDE) |
|---|---|
| Highway/ Road/ Alley/ Street/ Sidewalk | Front |

**LOCATION DESCRIPTION**

## SUBJECTS

| SUBJECT-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| SUB-1 Lewis, Daquan Tramaine | ▮▮▮▮ |

| SEX | RACE / ETHNICITY | PHONE | EMAIL |
|---|---|---|---|
| Male | Black / Unknown | | |

**HOME ADDRESS**
1803 M STREET NE, WASHINGTON, DC 20002  **Type:** Residence/ Home  **Public/Private:** Private  **PSA:** 507  **District:** Fifth District

| WAS THIS PERSON STOPPED | HOURS STOPPED | MINUTES STOPPED | PERSON SEARCHED AS A RESULT OF THE STOP (PRIOR TO ARREST) | PERSON'S PROPERTY SEARCHED AS A RESULT OF THE STOP (PRIOR TO ARREST) |
|---|---|---|---|---|
| ☒ YES  ☐ NO | 0 | 2 | ☐ YES  ☒ NO | ☐ YES  ☒ NO |

## WITNESSES

## PROPERTY & ITEMS

## Incident Searches – SUB-1 Daquan Tramaine Lewis

| CCN # | NAME (LAST, FIRST MIDDLE) | DATE OF BIRTH |
|---|---|---|
| 20173113 | Lewis, Daquan Tramaine | ▮▮▮▮▮ |

**LOCATION OF STOP**

CARVER TERRACE APARTMENTS, 1100 21ST STREET NE, WASHINGTON, DC 20002  **Type:** Highway/ Road/ Alley/ Street/ Sidewalk  **Public/Private:** Public  **PSA:** 507  **District:** Fifth District

### PERSON SEARCHES

**TYPE OF SEARCH**
Protective pat down

**REASON FOR THIS SEARCH**
Characteristics of an armed individual, Individual's actions, Individual's characteristics, Prior knowledge,

**PROPERTY SEIZED**
None,

### PERSON'S PROPERTY SEARCHES

person's PROPERTY was not searched as a result of stop

## CCN #20173113 – PUBLIC NARRATIVE

On 12/5/2020 members of the Gun Recovery Unit were patrolling in the Fifth District in response to the uptick in gun related offenses. Sub-1 was observed by GRU members, who had prior knowledge that Sub-1 had a revoked license to carry a firearm. Sub-1 was inquired about being in possession of a firearm. Sub-1 continued to walk away and evading Offices. While evading Officers, Sub-1 was observed concealing his groin area by pressing down both of his hands, which were inside of his sweatshirt pockets. Based on his action and the prior knowledge, Officers attempted to pat down Sub-1. After brief struggle, Sub-1 was patted down with negative results.

## CCN #20173113 – INTERNAL NARRATIVE

Nothing further.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| WILFREDO GUZMAN (#10663)   12/05/2020 (e-signature) | Jose Jaquez (#7526)   12/05/2020 (e-signature) |
| PRINT NAME | PRINT NAME |
| WILFREDO GUZMAN (#10663) | Jose Jaquez (#7526) |

## APPROVAL HISTORY

Report Submitted by WILFREDO GUZMAN (#10663)

Dec 05, 2020 20:51

---

Report Completed by Jose Jaquez (#7526)

Dec 05, 2020 20:53

---

## 20173113 – Relationships Addendum

| NAME | RELATIONSHIP | SUBJECT |
|---|---|---|
| NSID GRU | Stranger Of | Daquan Tramaine Lewis |

## CCN #20173113 Report Attachments

# Daquan Tramaine Lewis



**Daquan Tramaine Lewis**

TRUE NAME
DAQUAN TRAMAINE LEWIS

| | | |
|---|---|---|
| DATE OF BIRTH / AGE RANGE | PDID # / FBI # | CAUTIONS |
| ▇▇▇▇▇ | DC727093 | Gun owner |

## PROFILE INFO

| | | | |
|---|---|---|---|
| BIRTH | ▇▇▇▇▇▇ | EMAIL | |
| SEX | Male | PHONES | |
| RACE / ETHNICITY | Black / Unknown | ADDRESS (HOME) | 1803 M STREET NE, WASHINGTON, DC 20002<br>PSA: 507<br>District: Fifth District<br>Private<br>Residence/ Home |
| MAIDEN NAME | | | |
| NEEDS INTERPRETER | | | |
| LANGUAGES SPOKEN | | ADDRESS (WORK) | 3113 14TH STREET NW, WASHINGTON, DC 20010<br>PSA: 302<br>District: Third District<br>Public<br>Restaurant |
| MARITAL STATUS | | | |
| SSN # | ▇▇▇▇▇ | | |
| DRIVER'S LICENSE | | | |
| HEIGHT | 6 ft 2 in | EMERGENCY CONTACT | |
| WEIGHT | 180 lbs max weight: 200 lbs | RESIDENT OF JURIS | |
| SKIN TONE | Medium | MILITARY SERVICES | |
| EYES | Brown | EMPLOYMENT | |
| HAIR | | CLOTHING | |
| FACIAL HAIR | | | |
| VISION | | | |
| BUILD | Medium | | |
| PHYSICAL CHAR. | | | |
| IDENTIFYING MARKS | | | |
| BEHAVIORAL CHAR. | | | |
| MOOD | | | |
| MODUS OPERANDI | | | |
| SKILLS | | | |
| PROBATION TYPE | | | |
| MISC. DESCRIPTION | | | |

# NSID GRU



**NSID GRU**
TRUE NAME

DATE OF BIRTH / AGE RANGE    PDID # / FBI #    CAUTIONS
0 - 100 yrs old

## PROFILE INFO

| | | | |
|---|---|---|---|
| BIRTH INFO | | EMAIL | |
| SEX | Unknown | PHONES | |
| RACE / ETHNICITY | Unknown / Unknown | ADDRESS (HOME) | 2850 NEW YORK AVENUE NE, WASHINGTON, DC 20002<br>PSA: 503<br>District: Fifth District<br>Private<br>Government/ Public Building |
| MAIDEN NAME | | | |
| NEEDS INTERPRETER | | | |
| LANGUAGES SPOKEN | | | |
| MARITAL STATUS | | ADDRESS (WORK) | |
| SSN # | | EMERGENCY CONTACT | |
| DRIVER'S LICENSE | | RESIDENT OF JURIS | |
| HEIGHT | | MILITARY SERVICES | |
| WEIGHT | | EMPLOYMENT | |
| SKIN TONE | | CLOTHING | |
| EYES | | | |
| HAIR | | | |
| FACIAL HAIR | | | |
| VISION | | | |
| BUILD | | | |
| PHYSICAL CHAR. | | | |
| IDENTIFYING MARKS | | | |
| BEHAVIORAL CHAR. | | | |
| MOOD | | | |
| MODUS OPERANDI | | | |
| SKILLS | | | |
| PROBATION TYPE | | | |
| MISC. DESCRIPTION | | | |

## CCN #20173113 – Report History

AUTHORS

WILFREDO GUZMAN (#10663)



APPROVED by **Jose Jaquez (#7526)**
Dec 05, 2020 20:53



**WILFREDO GUZMAN (#10663)** submitted the report for approval
Dec 05, 2020 20:51