UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAQUAN T. LEWIS,<br><br>*Plaintiff*,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*,<br><br>*Defendants*. | Civil Action No. 20-02241 (ABJ) |

NOTICE OF FILING

Defendant the District of Columbia (the District) notes the filing of the following documents, in response to plaintiff's Motion for Leave to File Supplemental Affidavits [22] and the associated exhibits [22-2], [22-3], [23], [23-1]:

Exhibit 1: A copy of the letter sent by the Metropolitan Police Department (MPD), on or about April 3, 2020, to all holders of concealed carry licenses (CCLs) advising that CCLs otherwise set to expire during the pandemic would be temporarily extended until 45 days after the end of the public health emergency.

Exhibit 2: A copy of a Teletype issued by MPD on April 8, 2020, and read at roll calls, advising officers of the temporary extension of CCLs during the public health emergency.

Exhibit 3: A copy of a Teletype issued by MPD on April 23, 2021, to be read "in roll call for two weeks" to remind officers of the temporary extension of CCLs during the public health emergency.

Dated: May 3, 2021.	Respectfully submitted,

        KARL A. RACINE
        Attorney General for the District of Columbia

        */s/ Fernando Amarillas*
        FERNANDO AMARILLAS [974858]
        Acting Deputy Attorney General
        Public Interest Division

        */s/ Andrew J. Saindon*
        ANDREW J. SAINDON
        Senior Assistant Attorney General
        Equity Section
        400 Sixth Street, N.W., Suite 10100
        Washington, D.C. 20001
        (202) 724-6643
        (202) 730-1470 (fax)
        andy.saindon@dc.gov

        *Counsel for Defendants*