# Defendants' Exhibit No. 1



**GOVERNMENT OF THE DISTRICT OF COLUMBIA
METROPOLITAN POLICE DEPARTMENT**

April 3, 2020

Dear Licensee:

The public health emergency due to the coronavirus (COVID-19) presents unprecedented challenges for all of us. As the Metropolitan Police Department continues to work tirelessly to safeguard the District and everyone in it, we are aware that concealed carry licensees with upcoming renewal periods may not be able to satisfy the training and range practice requirements for renewal. As a result, commencing immediately, pursuant to § 310 of the *COVID-19 Response Emergency Amendment Act of 2020* and the authority sub-delegated to me by the District of Columbia City Administrator, I am temporarily extending the validity of concealed carry licenses (CCL) set to expire during the COVID-19 public health emergency, as declared by the Mayor in Mayor's Order 2020-046, issued March 11, 2020, and holding renewals in abeyance until 45 days after the end of the emergency and any subsequent extensions.

***What does that mean for you?*** If you currently have a concealed carry license that is scheduled to expire on any date during the public health emergency, you can rest assured that it will remain valid. You will then be permitted to timely renew your license within 45 days of the date that the public health emergency ends. Also please note that licensees are not required to obtain or demonstrate proof of the requisite training or range practice for renewal during the duration of the public health emergency or any extension.

However, licensees must continue to comply with all other requirements to maintain their license and/or eligibility for renewal. Failure to do so will result in the suspension or revocation of your concealed carry license. In addition, licensees should print this letter and carry it with their CCL.

Please do not hesitate to contact the Firearms Registration Branch at 202-727-4275 if you have any questions.

Sincerely,

Peter Newsham
Chief of Police

P.O. Box 1606, Washington, D.C. 20013-1606