# Defendants' Exhibit No. 2

P.D. 360 Rev. 9/85 METROPOLITAN POLICE DEPARTMENT - Washington, D.C. - REQUEST FOR TELETYPE MESSAGE

| 1. REQUEST FOR<br>☐ LOCAL LOOKOUT<br>☐ INTERSTATE TT<br>☐ ADMINISTRATIVE TT<br>☐ DETAIL (See Reverse) | 2. TYPE<br>☐ ORIGINAL<br>☐ EXPEDITE<br>☐ ADDITIONAL<br>☐ CANCEL<br>☐ CORRECTION<br>☐ REPEAT<br>☐ REPLY | 3. COMPLAINT NUMBER | 6. DATE OF REQUEST<br>April 8, 2020 |
|---|---|---|---|
| | | 4. UNIT NUMBER<br>202-727-4275 | 7. REQUESTING ELEMENT<br>Firearms Registration Branch |
| | | 5. ☐ NOT FOR THE PRESS | 8. ☐ FLASH TT REQUESTED |

| 9. TO THE FORCE – |
|---|
| |

| 10. NAME OF WANTED PERSON | 11. WANTED BY | 12. CHARGE |
|---|---|---|
| | | |

| 13. COMPLAINANTS NAME | 14. COMPLAINANTS ADDRESS |
|---|---|
| | |

15. DESCRIPTION OF WANTED PERSON OR MESSAGE

### Temporary Extension for Concealed Carry Licenses Issued by the District of Columbia

### TO BE READ AT ROLL CALLS

Effective immediately, licenses issued by MPD authorizing the concealed carry of handguns by private citizens which are set to expire during the COVID-19 public health emergency (as declared in Mayor's Order 2020-046, issued March 11, 2020) will remain valid for 45 days after the end of the emergency and any subsequent extensions. This order is issued pursuant to § 310 of the COVID-19 Response Emergency Amendment Act of 2020 and the authority delegated to the Metropolitan Police Department (MPD) by the City Administrator.

During the public health emergency, with an end date to be determined later, officers shall not charge someone solely for having a District of Columbia concealed carry license that expired on or after March 11, 2020. Licensees must continue to comply with all other requirements.

Please contact the Firearms Registration Branch at 202-727-4275 with any questions.

| SENDER-BADGE-ORG.ELM. | AUTHORIZED BY-BADGE-ORG.ELM. | BUREAU HEAD APPROVAL |
|---|---|---|
| | | *[signature]*<br>Peter Newsham<br>Chief of Police |

COMMUNICATIONS DIVISION USE ONLY

| REMARKS | DATE AND TIME<br>April 8, 2020 @ 2050 Hours |
|---|---|
| | FILE |
| | TELETYPE NUMBER<br>TT-04-018-20 |

Distribution:   1- Communications Division        2- Element File Copy