# Defendants' Exhibit No. 3

| 1. REQUEST FOR<br>☐ LOCAL LOOKOUT<br>☐ INTERSTATE TT<br>☐ ADMINISTRATIVE TT<br>☐ DETAIL (See Reverse) | 2. TYPE<br>☐ ORIGINAL<br>☐ EXPEDITE<br>☐ ADDITIONAL<br>☐ CANCEL<br>☐ CORRECTION<br>☐ REPEAT<br>☐ REPLY | 3. COMPLAINT NUMBER | 6. DATE OF REQUEST<br>April 23, 2021 |
|---|---|---|---|
| | | 4. UNIT NUMBER | 7. REQUESTING ELEMENT<br>OGC |
| | | 5. ☐ NOT FOR THE PRESS | 8. ☐ FLASH TT REQUESTED |

| 9. TO **THE FORCE** |
|---|

| 10. NAME OF PERSON | 11. WANTED BY | 12. CHARGE |
|---|---|---|

| 13. COMPLAINANTS NAME | 14. COMPLAINANTS ADDRESS |
|---|---|

15. DESCRIPTION OF VEHICLE OR MESSAGE:

**<u>REMINDER: Temporary Extension for Concealed Carry Licenses</u>**

**<u>TO BE READ IN ROLL CALL FOR TWO WEEKS</u>**

The purpose of this teletype is to remind members that licenses issued by MPD authorizing the concealed carry of handguns by private citizens which are set to expire during the COVID-19 public health emergency (as declared in Mayor's Order 2020-046, issued March 11, 2020) will remain valid for 45 days after the end of the emergency and any subsequent extensions. This order is issued pursuant to § 310 of the COVID-19 Response Emergency Amendment Act of 2020 and the authority delegated to the Metropolitan Police Department (MPD) by the City Administrator.

Accordingly, all District of Columbia concealed carry licenses that appear as expired on or after March 11, 2020, are not considered expired and do not constitute reasonable suspicion for members to conduct stops or other enforcement action. During the public health emergency, with an end date to be determined later, officers shall not charge someone solely for having a District of Columbia concealed carry license that expired on or after March 11, 2020. Licensees must continue to comply with all other requirements.

Please contact the Firearms Registration Branch at 202-727-4275 with any questions.

| SENDER-BADGE-ORG. ELM.<br><br>Mark Viehmeyer<br>General Counsel | AUTHORIZED BY-BADGE-ORG.ELM. | BUREAU HEADS APPROVAL<br>*Robert J. Contee*<br>Robert J. Contee, III<br>Acting Chief of Police |
|---|---|---|

| COMMUNICATIONS DIVISION USE ONLY | |
|---|---|
| REMARKS | DATE AND TIME<br>April 23, 2021   1740hrs |
| | FILE |
| | TELETYPE NUMBER<br>TT 04-076-21 |

**Distribution:**   1- Communications Division   2- Element File Copy