UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAQUAN LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 20-2241 (ABJ) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

For the reasons stated on the record during the hearing held on November 12, 2021, Defendants' Motion to Dismiss [Dkt. # 8] is **GRANTED** in part and **DENIED** in part. All claims against former Chief Peter Newsham and Fifth District Commander William Fitzgerald in their official capacities merge with the claims against the District and are therefore dismissed. Count I and Count II are dismissed in their entirety against all defendants named in those counts. As for Count III, the claims against individual officers related to October 10, 2018, December 12, 2018, and July 5, 2019 are dismissed, but the claims against individual officers arising out of the events on April 14, 2020 and May 9, 2020 will proceed. The claims against defendants Newsham and Fitzgerald in their personal capacities are dismissed. The claims against the District of Columbia in Count III are dismissed, but without prejudice to a motion for leave to amend the complaint to add the District as a defendant to a proposed amended Count III including additional incidents. Counts IV, V, and VI are dismissed in their entirety. Count VII will proceed. Count VIII will proceed with regard to April 14, 2020, but is dismissed with regard to the dates October 10, 2018, December 12, 2018, July 5, 2019, and May 9, 2020.

Plaintiff's Motion for Preliminary Injunction [Dkt. # 14] is **DENIED**.

                                                                                         AMY BERMAN JACKSON
                                                                                          United States District Judge

DATE:  November 16, 2021