# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAQUAN LEWIS,**<br><br>*Plaintiff*,<br><br>v.<br><br>**DISTRICT OF COLUMBIA,** *et al.,*<br><br>*Defendants*. | Civil Action No. 20-2241 (ABJ) |

## JOINT STATUS REPORT

Pursuant to the Court's November 15, 2021 Minute Order, the Parties submit this joint status report.

Since the Court's ruling, the Parties have begun discussing the prospect of mediation. The Parties intend to continue working together to explore the possibility of resolving this matter amicably. However, plaintiff's counsel is currently unable to effectively communicate with plaintiff, who has recently been hospitalized due to COVID-19. In light of this, the Parties propose that they submit a further joint status report on December 14, 2021, advising the Court of progress made towards a decision on mediation, or if additional time is necessary.

Dated:  November 30, 2021.                                Respectfully submitted,

 */s/ Timothy Bosson*                                           KARL A. RACINE
Timothy P. Bosson, Esq. (DCB: 1029002)     Attorney General for the District of Columbia
Robert G. Rose, Esq. (DCB: 1029004)
Bosson Legal Group, PC                                   CHAD COPELAND
8300 Arlington Blvd., Ste. B2                           Deputy Attorney General
Fairfax, Virginia 22031                                      Civil Litigation Division
tbosson@bossonlaw.com
Phone (571) 775-2529                                       */s/ Fernando Amarillas*
Fax (571) 775-2521                                           FERNANDO AMARILLAS [974858]

-2-

| | |
|---|---|
| *Counsel for Plaintiff* | Assistant Deputy Attorney General |
| | |
| | */s/ Micah Bluming* |
| | MICAH BLUMING [1618961] |
| | Assistant Attorney General |
| | ANDREW SAINDON [456987] |
| | Senior Assistant Attorney General |
| | Equity Section |
| | 400 Sixth Street, N.W., Suite 10100 |
| | Washington, D.C. 20001 |
| | (202) 724-7272 |
| | (202) 730-1833 (fax) |
| | micah.bluming@dc.gov |
| | |
| | *Counsel for Defendants* |