# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAQUAN LEWIS,**<br><br>    *Plaintiff*,<br><br>v.<br><br>**DISTRICT OF COLUMBIA,** *et al.,*<br><br>    *Defendants*. | Civil Action No. 20-2241 (ABJ) |

## JOINT STATUS REPORT

Pursuant to the Court's December 1, 2021 Minute Order, the Parties submit this joint status report.

As previously reported to the Court, the Parties were unable to confer for a period of time due to plaintiff's recent hospitalization. Plaintiff has now been released from the hospital, and the Parties have begun discussing the prospect of settlement. The Parties believe that further direct discussions may be fruitful and do not believe formal mediation is necessary at this time. Accordingly, the Parties seek to extend the stay of this litigation for 30 days until January 13, 2022, to pursue settlement discussions, and propose filing a further report with the Court at that time.

Dated:  December 14, 2021.

 /s/ Timothy Bosson             
Timothy P. Bosson, Esq. (DCB: 1029002)
Robert G. Rose, Esq. (DCB: 1029004)
Bosson Legal Group, PC
8300 Arlington Blvd., Ste. B2
Fairfax, Virginia 22031
tbosson@bossonlaw.com
Phone (571) 775-2529
Fax (571) 775-2521

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Assistant Deputy Attorney General

-2-

*Counsel for Plaintiff*

        <u>*/s/ Micah Bluming*</u>
        MICAH BLUMING [1618961]
        Assistant Attorney General
        ANDREW SAINDON [456987]
        Senior Assistant Attorney General
        Equity Section
        400 Sixth Street, N.W., Suite 10100
        Washington, D.C. 20001
        (202) 724-7272
        (202) 730-1833 (fax)
        micah.bluming@dc.gov

        *Counsel for Defendants*