# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAQUAN LEWIS,**<br><br>*Plaintiff*,<br><br>v.<br><br>**DISTRICT OF COLUMBIA,** *et al.,*<br><br>*Defendants*. | Civil Action No. 20-2241 (ABJ) |

## JOINT STATUS REPORT

Pursuant to the Court's December 15, 2021 Minute Order, the Parties submit this joint status report. At the Parties' request, the Court stayed litigation in this matter so the Parties could engage in good-faith discussions to explore the possibility of settlement. *See* Dec. 15, 2021 Minute Order. The Parties seek to extend the stay of this litigation for 15 days, until January 28, 2022, to continue settlement discussions, and propose filing a further report with the Court at that time.

Dated:  January 13, 2022.

| | |
|---|---|
| */s/ Timothy Bosson*<br>Timothy P. Bosson, Esq. (DCB: 1029002)<br>Robert G. Rose, Esq. (DCB: 1029004)<br>Bosson Legal Group, PC<br>8300 Arlington Blvd., Ste. B2<br>Fairfax, Virginia 22031<br>tbosson@bossonlaw.com<br>Phone (571) 775-2529<br>Fax (571) 775-2521<br><br>*Counsel for Plaintiff* | Respectfully submitted,<br><br>KARL A. RACINE<br>Attorney General for the District of Columbia<br><br>CHAD COPELAND<br>Deputy Attorney General<br>Civil Litigation Division<br><br>*/s/ Fernando Amarillas*<br>FERNANDO AMARILLAS [974858]<br>Assistant Deputy Attorney General<br><br>*/s/ Micah Bluming*<br>MICAH BLUMING [1618961]<br>Assistant Attorney General<br>ANDREW SAINDON [456987]<br>Senior Assistant Attorney General |

-2-

Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 724-7272
(202) 730-1833 (fax)
micah.bluming@dc.gov

*Counsel for Defendants*