# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAQUAN LEWIS,**  *Plaintiff*,  v.  **DISTRICT OF COLUMBIA,** *et al.*,  *Defendants*. | Civil Action No. 20-2241 (ABJ) |

## JOINT STATUS REPORT

Pursuant to the Court's January 13, 2022 Minute Order, the Parties submit this joint status report. At the Parties' request, the Court stayed litigation in this matter so the Parties could engage in good-faith discussions to explore the possibility of settlement. *See* Dec. 15, 2021 Minute Order. The Parties seek to extend the stay of this litigation for an additional seven days, until February 4, 2022, to continue settlement discussions, and propose filing a further report with the Court at that time.

Dated: January 28, 2022.

 /s/ Timothy Bosson
Timothy P. Bosson, Esq. (DCB: 1029002)
Robert G. Rose, Esq. (DCB: 1029004)
Bosson Legal Group, PC
8300 Arlington Blvd., Ste. B2
Fairfax, Virginia 22031
tbosson@bossonlaw.com
Phone (571) 775-2529
Fax (571) 775-2521

*Counsel for Plaintiff*

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ Fernando Amarillas
FERNANDO AMARILLAS [974858]
Assistant Deputy Attorney General

/s/ Micah Bluming
MICAH BLUMING [1618961]
Assistant Attorney General

-2-

        ANDREW SAINDON [456987]
        Senior Assistant Attorney General
        Equity Section
        400 Sixth Street, N.W., Suite 10100
        Washington, D.C. 20001
        (202) 724-7272
        (202) 730-1833 (fax)
        micah.bluming@dc.gov

        *Counsel for Defendants*