UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAQUAN LEWIS,**<br><br>*Plaintiff*,<br><br>v.<br><br>**DISTRICT OF COLUMBIA,** *et al.,*<br><br>*Defendants*. | Civil Action No. 20-2241 (ABJ) |

## JOINT STATUS REPORT

Pursuant to the Court's February 1, 2022 Minute Order, the Parties submit this joint status report. At the Parties' request, the Court stayed litigation in this matter so the Parties could engage in good-faith discussions to explore the possibility of settlement. *See* Dec. 15, 2021 Minute Order. The Parties have been unable to reach agreement at this time. Plaintiff proposes that the Court set a deadline of March 7, 2022, for plaintiff to amend his Complaint. Defendants do not oppose that request.

Dated:  February 4, 2022.

 /s/ Timothy Bosson
Timothy P. Bosson, Esq. (DCB: 1029002)
Robert G. Rose, Esq. (DCB: 1029004)
Bosson Legal Group, PC
8300 Arlington Blvd., Ste. B2
Fairfax, Virginia 22031
tbosson@bossonlaw.com
Phone (571) 775-2529
Fax (571) 775-2521

*Counsel for Plaintiff*

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Assistant Deputy Attorney General

*/s/ Micah Bluming*
MICAH BLUMING [1618961]
Assistant Attorney General

-2-

ANDREW SAINDON [456987]
Senior Assistant Attorney General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 724-7272
(202) 730-1833 (fax)
micah.bluming@dc.gov

*Counsel for Defendants*

-2-