# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAQUAN T. LEWIS,**<br><br>                              *Plaintiff,*<br><br>    v.<br><br>**DISTRICT OF COLUMBIA,** *et al.*<br><br>                              *Defendants.* | Case No. 20-cv-02241 (ABJ) |

## JOINT MOTION TO STAY PROCEEDINGS

Plaintiff and Defendants, (the Parties), by counsel, jointly ask this Court to stay the case for 45 days, as the Parties have reached a settlement in principle.

With agreement reached, the Parties need only finalize and execute an agreement. The Parties believe that a short stay of the case, pending final settlement, will be in the best interest of judicial economy, and will enable the Parties and their counsel to focus their efforts on resolution of the case. *See* Fed. R. Civ. P. 6(b)(1)(A). A memorandum of points and authorities and a proposed order are attached.

March 7, 2022                                        Respectfully Submitted,

| | |
|---|---|
| */s/ Timothy Bosson*<br>Timothy P. Bosson, Esq. (DCB: 1029002)<br>Bosson Legal Group, PC<br>8300 Arlington Blvd., Ste. B2<br>Fairfax, Virginia 22031<br>tbosson@bossonlaw.com<br>Phone (571) 775-2529<br>Fax (571) 775-2521<br><br>*Counsel for Plaintiff* | KARL A. RACINE<br>Attorney General for the District of Columbia<br><br>CHAD COPELAND<br>Deputy Attorney General<br>Civil Litigation Division<br><br>*/s/ Fernando Amarillas*<br>FERNANDO AMARILLAS [974858]<br>Assistant Deputy Attorney General<br><br>*/s/ Micah Bluming* |

1

MICAH BLUMING [1618961]
Assistant Attorney General
ANDREW SAINDON [456987]
Senior Assistant Attorney General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 724-7272
(202) 730-1833 (fax)
micah.bluming@dc.gov

*Counsel for Defendants*

2