**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DAQUAN T. LEWIS,** | |
| *Plaintiff,* | |
| **v.** | Case No. 20-cv-02241 (ABJ) |
| **DISTRICT OF COLUMBIA,** *et al.* | |
| *Defendants.* | |

## MEMORANDUM IN SUPPORT OF JOINT MOTION TO STAY PROCEEDINGS

In support of the Parties' Joint Motion to Stay Proceedings, the Parties rely upon:

1.      Fed. R. Civ. P. 6(b)(1)(A) and (7)(b);

2.      The existence of good cause, as described in the Motion; and

3.      The inherent equitable powers of the Court.

The Parties seek a stay until April 21, 2022, for good cause. The requested stay will allow

the Parties to finalize a settlement agreement resolving this matter. Accordingly, the Parties request

that the Court grant the Joint Motion and enter the proposed order.

March 7, 2022                                                  Respectfully Submitted,

*/s/ Timothy Bosson*                                          KARL A. RACINE
Timothy P. Bosson, Esq. (DCB: 1029002)          Attorney General for the District of Columbia
Bosson Legal Group, PC
8300 Arlington Blvd., Ste. B2                            CHAD COPELAND
Fairfax, Virginia 22031                                       Deputy Attorney General
tbosson@bossonlaw.com                                    Civil Litigation Division
Phone (571) 775-2529
Fax (571) 775-2521                                          */s/ Fernando Amarillas*
                                                                         FERNANDO AMARILLAS [974858]
*Counsel for Plaintiff*                                        Assistant Deputy Attorney General

                                                                         */s/ Micah Bluming*
                                                                         MICAH BLUMING [1618961]
                                                                         Assistant Attorney General

3

ANDREW SAINDON [456987]
Senior Assistant Attorney General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 724-7272
(202) 730-1833 (fax)
micah.bluming@dc.gov

*Counsel for Defendants*