**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **DAQUAN LEWIS,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 20-2241 (ABJ)** |
| **DISTRICT OF COLUMBIA,** *et al*., | |
| **Defendants.** | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties stipulate and agree that all of plaintiff's claims, including plaintiff's request for attorney's fees and costs, in the above-captioned action against the defendants have been satisfied and resolved and are voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: _____April 1_____, 2022.                    Respectfully submitted,

*/s/ Timothy Bosson*
Timothy P. Bosson, Esq. (DCB: 1029002)
Robert G. Rose, Esq. (DCB: 1029004)
Bosson Legal Group, PC
8300 Arlington Blvd., Ste. B2
Fairfax, Virginia 22031
tbosson@bossonlaw.com
Phone (571) 775-2529
Fax (571) 775-2521

*Counsel for Plaintiff*

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Assistant Deputy Attorney General

*/s/ Micah Bluming*
MICAH BLUMING [1618961]
Assistant Attorney General
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General

1

*Daquan Lewis v. District of Columbia, et al.*
Civil Action No. 20-2241 (ABJ) (D.D.C.)
Settlement Agreement
Page 8 of 8

Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 724-7272
(202) 730-1833 (fax)
micah.bluming@dc.gov
andy.saindon@dc.gov

*Counsel for Defendant*